UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION, )
Plaintiff )
v. )
TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO. )
Defendant )

CA 06 90 S

**PETITION FOR REMOVAL**

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

NOW COMES Timothy L. and Edra Blixseth (collectively hereinafter "Blixseths") and files this Notice of Removal of the above-captioned action from Newport Superior Court, State of Rhode Island, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1332, 1441 and 1446 of the United States Code. In support of its Petition of Removal, the Blixsehts state as follows:

1. As appears from Docket No. NC-06-0062 on file in Newport Superior Court, the plaintiff filed its complaint on February 3, 2006. On February 9, 2006, the Blixseths were served with a Summons and Complaint. A copy of the Summons and Complaint is attached to this Notice as Exhibit "A". No further proceedings have taken place in this action.

2. According to the Complaint, the Plaintiff is seeking relief based upon an alleged breach of contract to purchase real estate.

3. The underlying action is one in which this Court has original jurisdiction under §1332 of the United States Code and which may be removed to this Court by the defendants pursuant to §1441(a) as there is diversity of citizenship.

4. The plaintiff is a corporation organized in Rhode Island and with its principle place of business in the City of Newport, Rhode Island.

5. The Defendants, the Blixseths are residents of Rancho Mirage, California.

6. The Nominal Defendant Mortgage Guarantee & Title Co. is a corporation organized in Rhode Island and with its principle place of business in the City of East Providence, Rhode Island. Defendant Mortgage Guarantee & Title Co. does not destroy complete diversity of the parties because it is a nominal party with no interest in the outcome of the case. No cause of action has been asserted against Mortgage Guarantee & Title Co. and their inclusion in the suit is based upon their role as an escrow agent. *See Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 100 S.Ct.1779 (1980) (Court held that nominal parties must be disregarded when analyzing diversity of citizenship for jurisdictional purposes); *See Also Porter v. Reid*, 79 F.Supp. 898 (D.Mass 1948) (Court permitted jurisdiction under 28 U.S.C. § 1332 because Defendant that would have otherwise destroyed complete diversity was nominal based upon fact that it was only a fund holder with no interest in case); *See Also Willametz v. Susi*, 489 F.2d 364 (1st Cir.1973) (Court permits jurisdiction under 28 U.S.C. § 1332 because Defendant that would have otherwise destroyed complete diversity was a nominal party because it is only a formal party with no interest in the outcome of the case and can therefore be disregarded for diversity analysis). A Nominal Defendant does not destroy diversity of citizenship between the parties.

7. The Plaintiff is requesting specific performance for an alleged contract with a value of $25,000,000. Therefore, the amount in controversy, given the plaintiff's alleged damages, exceeds $75,000.

8. This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

9. This Notice of Removal was served on counsel of record via regular mail on February 28, 2006.

10. A stamped copy of this Removal will be filed with the Superior Court.

**Wherefore**, the Blixseths pray for removal of the above-captioned matter from Newport Superior Court, State of Rhode Island, to the United States District Court for the District of Rhode Island.

Dated:

Respectfully submitted,

TIMOTHY AND EDRA BLIXSETH

By Their Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Brian P. Voke
123 Dyer Street
Providence, RI 02903
401-421-5123
Fax: 401-421-5136

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on Feb 28 2006

Brian Voke