STATE OF RHODE ISLAND SUPERIOR COURT

Newport, SC

AMERICAN CAPITAL CORPORATION :
:
v. : C.A. No. NC-06-0062
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH; :
and MORTGAGE GUARANTEE & TITLE CO. :

SUPERIOR COURT
FILED
CHARLES H. HOLLIS CLERK
06 FEB -3 AM 11:48

***VERIFIED COMPLAINT***

***Parties***

1. Plaintiff, ***American Capital Corporation*** (hereinafter "Seller"), is a duly organized Rhode Island corporation having its principal place of business in the City of Newport, State of Rhode Island.

2. Defendants, ***Timothy L. Blixseth and Edra Blixseth*** (collectively hereinafter "Purchasers"), are residents of Rancho Mirage, California.

3. Defendant, ***Mortgage Guarantee & Title Co.*** (hereinafter "Mortgage Guarantee"), is a duly organized Rhode Island corporation having its principal place of business in the City of East Providence, State of Rhode Island.

***COUNT I***

***Seller's Request for Declaratory Judgment to Require Purchasers to Accept a Deed and Pay the Purchase Price Pursuant to the Written Agreement of the Parties***

4. On or about November 23, 2005, Seller and Purchasers entered into an agreement in writing bearing the caption AGREEMENT OF SALE AND PURCHASE, a copy of which is marked as Exhibit A and is attached hereto and made a part hereof (hereinafter the "Agreement").

5. As provided in Section 24 of the Agreement, Defendant Mortgage Guarantee was constituted Escrow Agent by agreement of Seller and Purchasers.

6. In accordance with the provisions of the Agreement, Seller tendered to Purchasers a Warranty Deed and Bill of Sale by delivering same to Mortgage Guarantee, as Escrow Agent.

7. Purchasers refused to accept delivery of said Warranty Deed and Bill of Sale and refused to pay Seller the Purchase Price as provided in the Agreement.

**WHEREFORE,** Seller hereby respectfully requests that this Court grant it relief by entering a judgment declaring that Purchasers have breached the Agreement and finding that Seller is entitled to specific performance and for such other equitable or legal relief as this Court deems necessary and proper, including attorneys' fees, pursuant to *General Laws of Rhode Island*, 9-1-45.

## *COUNT II*

### *Seller's Claim for Injunctive Relief Against Purchasers*

8. Seller realleges Paragraphs 1 through 7 inclusive and incorporates the same herein.

9. Purchasers' refusal to abide by the terms and provisions of the Agreement will cause irreparable harm to Seller.

10. Seller has no adequate remedy at law.

**WHEREFORE,** Seller hereby respectfully requests the following further relief:

a. That this Court preliminarily and permanently enjoin Purchasers from violating the provisions of the Agreement; and

b. That this Court order the Purchasers to abide by, observe and perform the provisions of the Agreement on their part to be observed and performed, and attorneys' fees pursuant to *General Laws of Rhode Island*, 9-1-45.

***COUNT III***

***Seller's Request for Specific Enforcement Against Purchasers***

11. Seller realleges Paragraphs 1 through 7 and Paragraphs 9 and 10 inclusive and incorporates the same herein.

12. Purchasers have refused to abide by the terms and provisions of the Agreement.

13. Seller is entitled to the benefits and protection of the Agreement.

**WHEREFORE,** Seller asks for the following further relief:

a. That this Court preliminarily and permanently enjoin Purchasers from violating the provisions of the Agreement;

b. That this Court order Purchasers to abide by and observe the terms and provisions of the Agreement and specifically perform the Agreement;

c. That this Court award Seller damages in an amount to be determined by the Court and attorney's fees and costs; and

d. That this Court award such other and further relief as the Court deems equitable and proper.

## *COUNT IV*

### *Seller's Request for Maintenance of the Status Quo Against Mortgage Guarantee*

14. Seller realleges Paragraphs 1 through 7 and incorporates the same herein.

15. Mortgage Guarantee has possession of the Deposit, the duly executed and delivered Warranty Deed, Bill of Sale and other closing documents.

**WHEREFORE,** Seller hereby respectfully requests that this Court grant it further relief by entering a judgment ordering Mortgage Guarantee to maintain the status quo relative to the Deposit and all documentation in its possession until further order of the Court.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

[signature]

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: February 2, 2006