STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 06-92 S

Case ID: NC-2006-0062 AMERICAN CAPITAL CORP V TIMOTHY BLIXSETH

Filing Date: 02-03-2006
Case Status: UNASSIGNED

Case Type: SPECIFIC PERFORMANCE
Status Date: 02-03-2006

Plaintiff: AMERICAN CAPITAL CORPORATION — Attorney: THOMAS ANGELONE
ID: @10819781
3rd Party Pltf: MORTGAGE GUARANTEE AND TITLE CO
ID: @10819794
Defendant: TIMOTHY BLIXSETH
ID: @10819782
Defendant: EDRA BLIXSETH
ID: @10819791
Defendant: MORTGAGE GUARANTEE AND TITLE CO — Attorney: JOHN MCCOY
ID: @10819794
3rd Party Defn: TIMOTHY BLIXSETH
ID: @10819782
3rd Party Defn: EDRA BLIXSETH
ID: @10819791

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-03-2006 | COMPLAINT FILED | |
| 02-03-2006 | INITIAL FILING FEE | |
| 02-03-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN25694. |
| 02-15-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 02-15-2006 | AFFIDAVIT OF SERVICE FILED | Affiliated: ANGELONE, THOMAS C. |
| 02-15-2006 | AFFIDAVIT OF SERVICE FILED | Affiliated: ANGELONE, THOMAS C. |
| 02-27-2006 | ANSWER FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |
| 02-27-2006 | COUNTERCLAIM FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |
| 02-27-2006 | CROSSCLAIM FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |

True Copy Attest
Charles H Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island