UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN CAPITAL CORPORATION,<br>Plaintiff<br>v.<br>TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.<br>Defendants | CA 2006-90S |

FILED
MAR 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 1 3 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Blixseth's hereby move with the assent of the plaintiff to extend the time to respond to the Complaint until March 14, 2006.

The plaintiff's counsel has been contacted and assents to this extension of time.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on March 8, 2006.

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 13, 2006

Referred to U.S.M.J. Martin
for findings & recommendations
for determination.
U.S. District Judge
Date: 3/1/06

Respectfully submitted,

TIMOTHY AND EDRA BLIXSETH

By Their Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Brian P. Voke
123 Dyer Street
Providence, RI 02903
401-421-5123
Fax: 401-421-5136

SCANNED