UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.<br><br>Defendants | ) | CA 2006-90S |

**ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Blixseth's hereby move with the assent of the plaintiff to extend the time to respond to the Complaint until March 21, 2006. In support of this motion, the Blixseth's state they need additional time to prepare a response to the Complaint.

The plaintiff's counsel has been contacted and assents to this extension of time.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on March 14, 2006.

Respectfully submitted,

TIMOTHY AND EDRA BLIXSETH

By Their Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Brian P. Voke
123 Dyer Street
Providence, RI 02903
401-421-5123
Fax: 401-421-5136