UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO. | : | |

***PLAINTIFF'S RESPONSE TO COUNTERCLAIM OF DEFENDANT, MORTGAGE GUARANTEE & TITLE CO.***

Now comes Plaintiff, ***American Capital Corporation***, and hereby responds to the counterclaim of Defendant, ***Mortgage Guarantee & Title Co.***, as follows:

1. Plaintiff admits the allegations set forth in Paragraph 1 of the Counterclaim.

2. Plaintiff admits the allegations set forth in Paragraph 2 of the Counterclaim.

3. Plaintiff admits the allegations set forth in Paragraph 3 of the Counterclaim.

4. Plaintiff denies it is unwilling or unable to consummate the purchase and sale of the property as set forth in the Purchase & Sale Agreement.

5. Plaintiff denies the allegations set forth in Paragraph 5 of the Counterclaim.

6. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Counterclaim, and therefore leaves Defendant to its proof thereof.

7. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Counterclaim, and therefore leaves Defendant to its proof thereof.

**WHEREFORE,** Plaintiff hereby respectfully requests that this Court grant it further relief by entering a judgment ordering Mortgage Guarantee & Title Company to maintain

the status quo relative to the Deposit and all documentation in its possession until further order of the Court.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: March 21, 2006

***CERTIFICATION***

I hereby certify that on this 22nd day of March, 2006, I caused a copy of the within ***Response to Counterclaim*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Brian P. Voke, Esq.
Campbell Campbell Edwards & Conroy
123 Dyer Street
Providence, RI 02903

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

/mvc