06-905

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2006-0062 AMERICAN CAPITAL CORP V TIMOTHY BLIXSETH

Filing Date: 02-03-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: SPECIFIC PERFORMANCE
Status Date: 03-08-2006

Plaintiff: AMERICAN CAPITAL CORPORATION
ID: @10819781
Attorney: THOMAS ANGELONE

3rd Party Pltf: MORTGAGE GUARANTEE AND TITLE CO
ID: @10819794

Defendant: TIMOTHY BLIXSETH
ID: @10819782

Defendant: EDRA BLIXSETH
ID: @10819791

Defendant: MORTGAGE GUARANTEE AND TITLE CO
ID: @10819794
Attorney: JOHN MCCOY

3rd Party Defn: TIMOTHY BLIXSETH
ID: @10819782

3rd Party Defn: EDRA BLIXSETH
ID: @10819791

## Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

## Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 02-03-2006 | COMPLAINT FILED | |
| 02-03-2006 | INITIAL FILING FEE | |
| 02-03-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN25694. |
| 02-15-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 02-15-2006 | AFFIDAVIT OF SERVICE FILED | Affiliated: ANGELONE, THOMAS C. |
| 02-15-2006 | AFFIDAVIT OF SERVICE FILED | Affiliated: ANGELONE, THOMAS C. |
| 02-27-2006 | ANSWER FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |
| 02-27-2006 | COUNTERCLAIM FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |
| 02-27-2006 | CROSSCLAIM FILED | Affiliated: MORTGAGE GUARANTEE AND TITLE CO |
| 03-08-2006 | NOTICE OF REMOVAL | |
| 03-08-2006 | CASE REMVD TO US DISTRICT CT | |
| 03-08-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island