STATE OF RHODE ISLAND SUPERIOR COURT
NEWPORT, SC

AMERICAN CAPITAL CORPORATION
Plaintiff

VS. C.A. No. NC06-0062

TIMOTHY L. BLIXSETH; EDRA BLIXSETH
and MORTGAGE GUARANTEE & TITLE CO.
Defendants

**ANSWER, COUNTERCLAIM, AND CROSSCLAIM FOR INTERPLEADER OF DEFENDANT MORTGAGE GUARANTEE & TITLE COMPANY**

**ANSWER**

Now comes Defendant, Mortgage Guarantee & Title Company ("MGT"), and for its Answer to the Verified Complaint of the Plaintiff, American Capital Corporation ("Plaintiff'), states as follows:

**First Defense**

1. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 1 of Plaintiff's Verified Complaint, but leaves Plaintiff to its proof thereof.

2. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 2 of Plaintiff's Verified Complaint, but leaves Plaintiff to its proof thereof.

3. MGT admits the allegations of Paragraph 3 of Plaintiff's Complaint.

4. MGT admits the existence of the Agreement attached to Plaintiff's Verified Complaint as Exhibit A, but is without sufficient knowledge to admit or deny the remaining allegations of Paragraph 4 of Count I of Plaintiff's Verified Complaint, and therefore, leaves Plaintiff to its proof thereof.

5. MGT admits the allegations of Paragraph 5 of Plaintiffs Verified Complaint.

6. MGT admits that it is in possession of certain documents delivered to it in furtherance of

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island



*P:\KS\JPM\Mortgage Guarantee\Edgecliff-Amer.Capital #06061\ANSWER, COUNTERCLAIM ....doc*

the Agreement, but is without sufficient knowledge to admit or deny the remaining allegations of Paragraph 6 of Count I of Plaintiff's Verified Complaint, and therefore, leaves Plaintiff to its proof thereof.

7. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 7 of Count I of Plaintiffs Verified Complaint, but leaves Plaintiff to its proof thereof.

8. MGT hereby incorporates by reference its answers to Paragraphs 1 through 7 of Plaintiffs Verified Complaint as if fully set forth herein.

9. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 9 of Count II of Plaintiffs Verified Complaint, but leaves Plaintiff to its proof thereof.

10. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 10 of Count II of Plaintiffs Verified Complaint, but leaves Plaintiff to its proof thereof.

11. MGT hereby incorporates by reference its answers to Paragraphs 1 through 10 of Plaintiffs Verified Complaint as if fully set forth herein.

12. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 12 of Count III of Plaintiffs Verified Complaint, but leaves Plaintiff to its proof thereof.

13. MGT is without sufficient knowledge to admit or deny the allegations of Paragraph 13 of Count III of Plaintiffs Verified Complaint, but leaves Plaintiff to its proof thereof.

14. MGT hereby incorporates by reference its answers to Paragraphs 1 through 13 of Plaintiffs Verified Complaint as if fully set forth herein.

15. MGT admits the allegations of Paragraph 15 of Count IV of Plaintiff's Verified Complaint.

<u>**Second Defense**</u>

Plaintiffs Verified Complaint fails to state a claim against MGT upon which relief may be granted.

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

**Third Defense**

MGT affirmatively pleads that its interest herein is limited to that of a mere stakeholder by contract and as a matter of law.

Defendant,
MORTGAGE GUARANTEE & TITLE COMPANY
By Its Attorneys,

John P. McCoy, Esquire (#3047)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903-2219
Tele: (401) 331-7272
Fax: (401) 331-4404

Date: February 24, 2006

**Counterclaim and Crossclaim for Interpleader**

Now comes MGT and for it's Counterclaim against the Plaintiff and Crossclaim against Co-Defendants, Timothy L. Blixseth and Edra Blixseth (collectively, "Co-Defendants"), and states as follows:

1. Upon information and belief, in or about November 2005, Plaintiff and Co-Defendants, entered into an agreement for the purchase by Co-Defendants and the sale by Plaintiff of certain real and personal property located in the City and County of Newport, State of Rhode Island (the "P&S Agreement").

2. The P&S Agreement provides, in pertinent part, as follows:

> 24. **Appointment of Escrow**. Seller and Purchasers hereby constitute Mortgage Guarantee & Title Company, as Escrow Agent, and Escrow Agent by signing the acceptance set forth below agrees to assume and perform the duties of Escrow Agent under and pursuant to the provisions of this Agreement. *The Escrow Agent shall deposit all sums received by it in an interest bearing account in a national*

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

*bank having an office in Providence, Rhode Island.*

*The Escrow Agent shall not be held liable for any action taken or omitted under this Section so long as it has acted in good faith and without negligence . . .*

*The Escrow Agent shall be entitled to refrain from taking any action contemplated by this Escrow in the event that it becomes aware of any disagreement between Seller and Purchasers as to any material facts or as to the happening of any contemplated event precedent to such action.*

*The Escrow Agent may resign as such following the giving of fifteen (15) days prior written notice to Seller and Purchasers . . . .*

*In the event of a dispute concerning the disposition of the Deposit, the Escrow Agent shall have the right at any time to deposit any cash funds held by it under this Agreement with the clerk of the court of general jurisdiction of the county in which the Real Property is located. The Escrow Agent shall be relieved and discharged of all further obligations and responsibilities hereunder.*

*The parties acknowledge that the Escrow Agent is acting solely as a stakeholder at their request and for their convenience; that the Escrow Agent shall be deemed to be the agent of both parties; and that the Escrow Agent shall not be liable to any of the parties for any act or omission on its part, unless in violation of the provisions of this Agreement or taken or suffered in bad faith, in willful disregard of this Agreement or involving gross negligence.*

(P&S Agreement, ¶ 24, emphasis supplied).

3. Pursuant to the P&S Agreement, MGT is holding the sum of $1,250,000.00 as a deposit (the "Deposit") on the purchase of the Property. MGT is further in possession of certain documents (the "Documents"), which were executed and delivered to it in contemplation of the purchase and sale of the Property by the Co-Defendants and the Plaintiff, respectively, as set forth in the P&S Agreement.

4. MGT has been advised that Plaintiff and Co-Defendants are unwilling or unable to consummate the purchase and sale of the Property as set forth in the P &S Agreement.

5. As escrow agent, pursuant to the P&S Agreement, MGT is merely a stakeholder in accordance with the terms of the P&S Agreement. MGT could, however, face potential

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

conflicting claims for the Deposit and Documents from Plaintiff, Co-Defendants, or others, regardless of what action it undertakes with respect to same or, if it does not take any action with respect to same.

6. As a mere stakeholder, MGT is in need of the intervention of equity and the instructions of this Honorable Court to prevent its exposure to potential multiple claims and liabilities arising out of the failure and/or refusal of Plaintiff and Co-Defendants to perform the P&S Agreement.

7. MGT has no adequate remedy-at-law.

**Relief Requested**

WHEREFORE, Mortgage Guarantee & Title Company prays judgment enter pursuant to Rule 22 of the Superior Court Rules of Civil Procedure as follows:

1. That Plaintiff and Co-Defendants named herein be temporarily, preliminarily, and permanently enjoined and restrained from instituting any civil action against MGT for recovery of the Deposit as presently held by it, or any part of same, or on account of the documents held by it upon any other ground or claim arising out of the P&S Agreement;

2. That MGT be dismissed from this action, *with prejudice*;

3. That the sum of $1,250,000.00 presently held by MGT as the Deposit be paid into the Registry of this Honorable Court, less MGT's reasonable attorneys' fees and expenses incurred in the commencement and prosecution of this Counterclaim and Crossclaim for Interpleader, as set forth below;

4. That the Documents held by MGT in contemplation of the consummation of the P&S Agreement be ordered deposited into the Registry of this Court;

5. That the Plaintiff and Co-Defendants herein, and any others who may make any

True Copy Attest
Jane M. Anthony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

claim, be ordered to interplead, settle or litigate by and among themselves, their rights to the Deposit and Documents deposited in the Registry and any and all other terms and conditions of the P&S Agreement, and that MGT be discharged from any and all liability arising therefrom;

6. That this Honorable Court order that MGT recover its costs in this proceeding, including its attorneys' fees, and that it be permitted to deduct same from the Deposit of $1,250,000.00 to be paid into the Registry of the Court as set forth above; and

7. That this Honorable Court grants such other and further relief as it may deem meet and just.

Defendant/Counterclaim and Crossclaim Plaintiff
MORTGAGE GUARANTEE & TITLE COMPANY
By Its Attorneys,

John P. McCoy, Esquire (#3047)
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903-2219
Tele: (401) 331-7272
Fax: (401) 331-4404

Date: February 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2006, a true copy of the within was sent, via hand –delivery or first class mail, postage prepaid, to the following:

Thomas C. Angelone, Esquire
Hodosh, Spinella & Angelone PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Timothy L. Blixseth and
Edra Blixseth
71-534 Sahara Road
Rancho Mirage, CA 92270

True Copy Attest

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island



*P:\KS\JPM\Mortgage Guarantee\Edgecliff-Amer.Capital #06061\ANSWER, COUNTERCLAIM ...*