UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN CAPITAL CORPORATION,<br><br>Plaintiff/Defendant in counterclaim<br><br>v.<br><br>TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.<br><br>Defendants/Plaintiffs in counterclaim | CA2006-90S |

**TIMOTHY L BLIXSETH AND EDRA BLIXSETH'S RESPONSE TO MORTGAGE GUARANTEE & TITLE COMPANY'S COUNTERCLAIM & JURY DEMAND**

1. The Blixseths admit that they signed a document entitled "Agreement of Sale and Purchase" dated November 23, 2005 for certain real and personal property in the City and County of Newport, State of Rhode Island. The remaining allegations of this count constitute allegations of law to which no response is required. To the extent a response is required those remaining allegations are denied.

2. Admitted except the allegation that there was any agreement is an allegation of law to which no response is required. To the extent a response is required the Blixseths deny there was a legal agreement between the parties.

3. Admitted with respect to the first sentence of Paragraph 3 except the allegation that there was any agreement is an allegation of law to which no response is required. To the extent a response is required the Blixseths deny there was a legal agreement between the parties. The Blixseths are without

sufficient knowledge or information to form a belief as to the truth of the averments of the last sentence in paragraph 3.

4. The Blixseths are without sufficient knowledge or information to form a belief as to the truth of the averments in paragraph 4.

5. Admitted as to the first sentence except the allegation that there was any Agreement is an allegation of law to which no response is required. To the extent a response is required the Blixseths deny there was a legal agreement. The Blixseths are without sufficient knowledge or information to form a belief as to the truth of the remaining averments in paragraph 5.

6. The allegations of paragraph 6 are requests for relief to which no response is required. To the extent a response is required any allegations are denied.

**JURY DEMAND**

The Blixseths demand a jury trial on any issues of fact.

**FIRST SEPARATE DEFENSE**

The counterclaim fails to state a claim upon which relief may be granted.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on March 15

Respectfully submitted,
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Brian P. Voke
123 Dyer Street
Providence, RI 02903
401-421-5123
Fax: 401-421-5136