UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN CAPITAL CORPORATION<br><br>Plaintiff/Defendant in counterclaim<br><br>v.<br><br>TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.<br><br>Defendant/Plaintiffs in counterclaim | CA 2006-90S |

**MOTION AND NOTICE TO DEPOSIT FUNDS AND DOCUMENTS INTO REGISTRY OF COURT**

Defendant, Mortgage Guarantee & Title Co., by and through its attorneys hereby moves the Court, pursuant to Rule 67 of the Federal Rules of Civil Procedure, for leave to deposit with the Court the amount of $1,250,000.00 plus accrued interest such being the deposit on the purchase of property more fully described in the Purchase & Sale Agreement (attached hereto as Exhibit A), along with documents received in conjunction with said deposit (attached hereto as Exhibit B), on the grounds that defendant is a mere stakeholder, as an escrow agent in the above entitled action. As grounds therefore Defendant relies on the attached Memorandum and affidavit of Michele Green attached hereto.

MORTGAGE GUARANTEE & TITLE CO.
By its Attorneys,

John P. McCoy, Esquire #3047
Shannon Gilheeney, Esquire #4221
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
Tel: 401 331-7272
Fax: 401 331-4404

Date: April , 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27 day of April, 2006, a true copy of the within Motion was sent via first class mail, postage prepaid, to the following attorneys of record:

Thomas D. Angelone, Esquire
Hodosh Spinella & Angelone PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Brian P. Voke, Esquire
Campbell Campbell Edwards & Conroy
123 Dyer Street
Providence, RI 02903

Shannon Gilheeney

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN CAPITAL CORPORATION<br><br>Plaintiff/Defendant in Counterclaim<br><br>v.<br><br>TIMOTHY L. BLIXSETH, EDRA BLIXSETH and MORTGAGE GUARANTEE & TITLE CO.<br><br>Defendant/Plaintiffs in Counterclaim | C.A. NO. 2006-90S |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MORTGAGE GUARANTEE & TITLE COMPANY MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF COURT**

**FACTS:**

The nature of Mortgage Guarantee & Title Company's ("MGT") participation in this case is not in dispute;

1. On or about November 2005, Plaintiff American Capital Corporation and Co-Defendants Timothy L. Blixseth and Edra Blixseth ("Co-Defendants") entered into an agreement for the purchase by the Blixseths and the sale by Plaintiff of certain real and personal property located in the City and County of Newport, State of Rhode Island (the "P & S Agreement").

2. The P & S Agreement provides, in pertinent part, as follows:

> 24. Appointment of Escrow. Seller and Purchasers hereby constitute Mortgage Guarantee & Title Co. as Escrow Agent, and Escrow Agent by signing the acceptance set forth below agrees to assume and perform the duties of Escrow Agent under and pursuant to the provisions of this Agreement. *The Escrow Agent shall deposit all sums received by it in an*

> *interest bearing account in a national bank having an office in Providence, Rhode Island.*
>
> *The Escrow Agent shall not be held liable for any action taken or omitted under this section so long as it has acted in good faith and without negligence...*
>
> *The Escrow Agent shall be entitled to refrain from taking any action contemplated by this Escrow in the event that it becomes aware of any disagreement between Seller and Purchasers as to any material facts or as to the happening of any contemplated event precedent to such action.*
>
> *The Escrow Agent may resign as such following the giving of fifteen (15) days prior written notice to Seller and Purchasers...*
>
> *In the event of a dispute concerning the disposition of the Deposit, the Escrow Agent shall have the right at any time to deposit any cash funds held by it under this Agreement with the clerk of the court of general jurisdiction of the county in which the Real Property is located. The Escrow Agent shall be relieved and discharged of all further obligations and responsibilities hereunder.*
>
> *The parties acknowledge that the Escrow Agent is acting solely as a stakeholder at their request and for their convenience, that the Escrow Agent shall be deemed to be the agent of both parties; and that the Escrow Agent shall not be liable to any of the parties for any act or omission on its part unless in violation of the provisions of this Agreement or taken or suffered in bad faith, in willful disregard of this Agreement or involving gross negligence.*

(P & S Agreement, Paragraph 24, *emphasis supplied.*)

3. Pursuant to the P & S Agreement, MGT is holding the sum of One Million Two Hundred Fifty Thousand Dollars ($1,250,000.00) as a deposit (the "Deposit") on the purchase of the Property. MGT is further in possession of certain documents (the "Documents") which were executed and delivered to it in contemplation of the purchase and sale of the Property by the Co-Defendants and the Plaintiff, respectively, as set forth in the P & S Agreement.

4. Plaintiff and Co-Defendants are unwilling or unable to consummate the purchase and sale of the property as set forth in the P & S Agreement which has resulted in this litigation.

## ARGUMENT

As Escrow Agent, pursuant to the P & S Agreement, MGT is merely a stakeholder in accordance with the terms of the P & S Agreement. MGT faces potential conflicting claims for the deposit and documents from Plaintiff and Co-Defendants, or others, regardless of which actions it undertakes with respect to the same, or if it does not take any action with respect to the same.

As set forth above in the relevant portion of the P & S Agreement signed by the Plaintiff and Co-Defendants, that agreement clearly states that in the event of a dispute concerning the disposition of the deposit, MGT has the right to deposit the funds in a court registry. Further, MGT is to be relieved and discharged of all further obligations and responsibilities upon depositing such funds. MGT is merely asking this Court to enforce the terms of this agreement.

WHEREFORE, for the reasons set forth in this memorandum and attached affidavit of Michelle Green of MGT, MGT asks that the deposit which MGT is holding in escrow, be ordered to be deposited into an interest bearing account of the registry of this Court along with those documents it is holding in contemplation of the consummation of the P & S Agreement until further order of the court.

MORTGAGE GUARANTEE & TITLE CO.
By its Attorneys,
CARROLL, KELLY & MURPHY

JOHN P. McCOY #3047
SHANNON GILHEENEY #4221
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: (401) 331-7272
Fax: (401) 331-4404

Dated: April 20, 2006

**CERTIFICATION**

I hereby certify that a true copy of the within was hand delivered or delivered by regular mail to Brian P. Voke, at Campbell Campbell Edwards & Conroy, 123 Dyer Street, Providence, RI 02903 and Thomas D. Angelone, at Hodosh Spinella & Angelone, One Turks Head Place, Suite 1050, Providence, RI 02903 on the 20 day of April, 2006.