UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION<br><br>Plaintiff/Defendant in counterclaim<br><br>v.<br><br>TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.<br><br>Defendant/Plaintiffs in counterclaim | ) | CA 2006-90S |

## AFFIDAVIT

Michele Green, being duly sworn, deposes and says that

1. I am State Counsel for Mortgage Guarantee & Title Co., defendant in the above-entitled action.

2. On or about November, 2005, plaintiff American Capital Corporation and co-defendants Timothy L. Blixseth and Edra Blixseth ("co-defendants") entered into an agreement for the purchase by the Blixseths and the sale by the plaintiffs of certain real and personal property located in the City and County of Newport, State of Rhode Island (the "P&S Agreement"). Pursuant to said P&S Agreement, the seller and purchasers designated co-defendant Mortgage Guarantee & Title Co. as escrow agent.

3. Pursuant to the P&S Agreement, Mortgage Guarantee & Title Co. is holding the sum of One Million, Two Hundred Fifty Thousand Dollars ($1,250,000.00) plus accrued interest as a deposit (the "Deposit") on the purchase of the property. Mortgage Guarantee & Title Co. is further in possession of certain documents (the "Documents") which were executed and delivered to it in contemplation of the purchase and sale of the property by the co-defendants and the plaintiff respectively, as set forth in the P&S Agreement.

4. Defendant Mortgage Guarantee & Title Co. has been notified that plaintiff and co-defendants are unwilling or unable to consummate the purchase and sale of the property as set forth in the P&S Agreement which has resulted in this litigation.

5. Defendant is unable to determine which of the claimants is rightfully entitled to the deposit of the sum of One Million, Two Hundred Fifty Thousand Dollars ($1,250,000.00), plus accrued interest or any portion of it.

13

6. Mortgage Guarantee & Title Co. as escrow agent, pursuant to the P&S Agreement, is merely a stakeholder in accordance with the terms of the P&S Agreement. The claimants acknowledge that Mortgage Guarantee & Title Co. is merely a stakeholder in accordance with the terms of the P&S Agreement.

7. As set forth in paragraph 24 of the P&S Agreement signed by the plaintiff and co-defendants, that Agreement clearly states that in the event of a dispute concerning the disposition of the deposit, Mortgage Guarantee & Title Co. has the right to deposit the funds in a Court Registry. Further, Mortgage Guarantee & Title Co. is to be relieved and discharged of all further obligations and responsibilities upon depositing such funds.

8. Mortgage Guarantee & Title Co. has filed an interpleader action pursuant to Rule 22.

9. Mortgage Guarantee & Title Co. seeks to deposit into the Registry of the Court along with those documents it is holding in contemplation of the consummation of the P&S Agreement and that Mortgage Guarantee & Title Co. be discharged from any and all liability arising therefrom.

Michele A. Green
State Counsel for
Mortgage Guarantee & Title Co.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

On this 18th day of April, 2006, before me personally appeared Michele Green, State Counsel for Mortgage Guarantee & Title Co., known to me to be the person described herein who executes the foregoing instrument and she acknowledges that she voluntarily executed same in said capacity.

NOTARY PUBLIC
My Commission Expires: 8-2-2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of April, 2006, a true copy of the within Affidavit was sent via first class mail, postage prepaid, to the following attorneys of record:

Thomas D. Angelone, Esquire
Hodosh Spinella & Angelone PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Brian P. Voke, Esquire
Campbell Campbell Edwards & Conroy
123 Dyer Street
Providence, RI 02903

[signature]