UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAY 31 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION :
:
v. : C.A. No. 2006-90 S
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH; :
and MORTGAGE GUARANTEE & TITLE CO. :

***ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' COUNTER CLAIM***

Now comes Plaintiff, ***American Capital Corporation***, and hereby moves, with the assent of Defendants, ***Timothy L. Blixseth and Edra Blixseth***, to extend the time to respond to the Counter Claim until June 16, 2006. In support of this motion, Plaintiff states that additional time is needed to prepare a response to the Counter Claim.

Defendants' counsel has been contacted and assents to this extension of time.

Respectfully Submitted,

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Referred to: MARTIN
5/31/06

RECEIVED

JUN 02 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Dated: May 31, 2006

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
June 2, 2006