UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | : | |
| and MORTGAGE GUARANTEE & TITLE CO. | : | |

***PLAINTIFF'S, AMERICAN CAPITAL CORPORATION, RESPONSE TO DEFENDANTS', TIMOTHY L. AND EDRA BLIXSETH, COUNTER CLAIM***

Now comes Plaintiff, ***American Capital Corporation***, in the above-captioned matter and hereby responds to the Counter Claim of Defendants, ***Timothy L. Blixseth and Edra Blixseth***, as follows:

***COUNT I***

***G.L. Chapter 5-20.8 Claim***

1. Plaintiff admits the allegations set forth in Paragraph 1, Count I, of Defendants' Counter Claim.

2. Plaintiff admits the allegations set forth in Paragraph 2, Count I, of Defendants' Counter Claim.

3. Plaintiff admits the allegations set forth in Paragraph 3, Count I, of Defendants' Counter Claim.

4. Plaintiff denies the allegations set forth in Paragraph 4, Count I, of Defendants' Counter Claim.

5. Plaintiff admits the allegations set forth in Paragraph 5, Count I, of Defendants' Counter Claim.

6. Plaintiff denies the allegations set forth in Paragraph 6, Count I, of Defendants' Counter Claim.

7. Plaintiff denies the allegations set forth in Paragraph 7, Count I, of Defendants' Counter Claim.

8. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8, Count I, of Defendants' Counter Claim, and therefore, leaves Defendants to their proof thereof.

9. Plaintiff denies the allegations set forth in Paragraph 9, Count I, of Defendants' Counter Claim.

10. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10, Count I, of Defendants' Counter Claim, and therefore, leaves Defendants to their proof thereof.

11. Plaintiff admits the allegations set forth in Paragraph 11, Count I, of Defendants' Counter Claim.

***COUNT II***

***Misrepresentation - Private Club - Rescission***

12. Plaintiff hereby restates its responses to Paragraphs 1 through 11 of Defendants' Counter Claim as if fully set forth herein.

13. Plaintiff denies the allegations set forth in Paragraph 13, Count II, of Defendants' Counter Claim.

14. Plaintiff denies the allegations set forth in Paragraph 14, Count II, of Defendants' Counter Claim.

15. Plaintiff denies the allegations set forth in Paragraph 15, Count II, of Defendants' Counter Claim.

16. Plaintiff denies the allegations set forth in Paragraph 16, Count II, of Defendants' Counter Claim.

### ***COUNT III***

### ***Misrepresentation - G.L. Chapter 5-20.8 Claim - Rescission***

17. Plaintiff hereby restates its responses to Paragraphs 1 through 16 of Defendants' Counter Claim as if fully set forth herein.

18. Plaintiff denies the allegations set forth in Paragraph 18, Count III, of Defendants' Counter Claim as if fully set forth herein.

19. Plaintiff denies the allegations set forth in Paragraph 19, Count III, of Defendants' Counter Claim as if fully set forth herein.

20. Plaintiff denies the allegations set forth in Paragraph 20, Count III, of Defendants' Counter Claim as if fully set forth herein.

### ***COUNT IV***

### ***Violation of the Rhode Island Unfair Trade Practice and Consumer Protection Act - Rescission***

21. Plaintiff hereby restates its responses to Paragraphs 1 through 20 of Defendants' Counter Claim as if fully set forth herein.

22. Plaintiff denies the allegations set forth in Paragraph 22, Count IV, of Defendants' Counter Claim as if fully set forth herein.

23. Plaintiff denies the allegations set forth in Paragraph 23, Count IV, of Defendants' Counter Claim as if fully set forth herein.

24. Plaintiff denies the allegations set forth in Paragraph 24, Count IV, of Defendants' Counter Claim as if fully set forth herein.

25. Plaintiff denies the allegations set forth in Paragraph 25, Count IV, of Defendants' Counter Claim as if fully set forth herein.

26. Plaintiff denies the allegations set forth in Paragraph 26, Count IV, of Defendants' Counter Claim as if fully set forth herein.

***COUNT V***

***Mistake - Rescission***

27. Plaintiff hereby restates its responses to Paragraphs 1 through 26 of Defendants' Counter Claim as if fully set forth herein.

28. Plaintiff denies the allegations set forth in Paragraph 28, Count V, of Defendants' Counter Claim as if fully set forth herein.

29. Plaintiff denies the allegations set forth in Paragraph 29, Count V, of Defendants' Counter Claim as if fully set forth herein.

30. Plaintiff denies the allegations set forth in Paragraph 30, Count V, of Defendants' Counter Claim as if fully set forth herein.

31. Plaintiff denies the allegations set forth in Paragraph 31, Count V, of Defendants' Counter Claim as if fully set forth herein.

32. Plaintiff denies the allegations set forth in Paragraph 32, Count V, of Defendants' Counter Claim as if fully set forth herein.

***COUNT VI***

***Non-Disclosure - Rescission***

33. Plaintiff hereby restates its responses to Paragraphs 1 through 32 of Defendants' Counter Claim as if fully set forth herein.

34. Plaintiff denies the allegations set forth in Paragraph 34, Count VI, of Defendants' Counter Claim.

35. Plaintiff denies the allegations set forth in Paragraph 35, Count VI, of Defendants' Counter Claim.

36. Plaintiff denies the allegations set forth in Paragraph 36, Count VI, of Defendants' Counter Claim.

37. Plaintiff denies the allegations set forth in Paragraph 37, Count VI, of Defendants' Counter Claim.

***COUNT VII***

***Discharge by Supervening Frustration***

38. Plaintiff hereby restates its responses to Paragraphs 1 through 37 of Defendants' Counter Claim as if fully set forth herein.

39. Plaintiff denies the allegations set forth in Paragraph 39, Count VII, of Defendants' Counter Claim.

40. Plaintiff denies the allegations set forth in Paragraph 40, Count VII, of Defendants' Counter Claim.

41. Plaintiff denies the allegations set forth in Paragraph 41, Count VII, of Defendants' Counter Claim.

***COUNT VIII***

***No Capacity***

42. Plaintiff hereby restates its responses to Paragraphs 1 through 41 of Defendants' Counter Claim as if fully set forth herein.

43. Plaintiff denies the allegations set forth in Paragraph 43, Count VIII, of Defendants' Counter Claim.

44. Plaintiff denies the allegations set forth in Paragraph 44, Count VIII, of Defendants' Counter Claim.

45. Plaintiff denies the allegations set forth in Paragraph 45, Count VIII, of Defendants' Counter Claim.

***COUNT IX***

***Existing Impracticability and Frustration - Rescission***

46. Plaintiff hereby restates its responses to Paragraphs 1 through 45 of Defendants' Counter Claim as if fully set forth herein.

47. Plaintiff denies the allegations set forth in Paragraph 47, Count IX, of Defendants' Counter Claim.

48. Plaintiff denies the allegations set forth in Paragraph 48, Count IX, of Defendants' Counter Claim.

***COUNT X***

***Rescission - Generally***

49. Plaintiff hereby restates its responses to Paragraphs 1 through 48 of Defendants' Counter Claim as if fully set forth herein.

50. Plaintiff denies the allegations set forth in Paragraph 50, Count X, of Defendants' Counter Claim.

***COUNT XI***

***Negligence***

51. Plaintiff hereby restates its responses to Paragraphs 1 through 51 of Defendants' Counter Claim as if fully set forth herein.

52. Plaintiff denies the allegations set forth in Paragraph 52, Count XI, of Defendants' Counter Claim.

53. Plaintiff denies the allegations set forth in Paragraph 53, Count XI, of Defendants' Counter Claim.

54. Plaintiff denies the allegations set forth in Paragraph 54, Count XI, of Defendants' Counter Claim.

**WHEREFORE,** Plaintiff, ***American Capital Corporation***, demands judgment against Defendants.

***FIRST AFFIRMATIVE DEFENSE***

Defendants have waived or impliedly waived their rights as alleged in of Count I, Count II, Count III, Count IV, Count V, Count VI, Count VII, Count IX, Count X, and Count XI of their Counter Claim.

***SECOND AFFIRMATIVE DEFENSE***

Defendants fail to state a claim upon which relief can be granted.

***THIRD AFFIRMATIVE DEFENSE***

Defendants were contributorily negligent.

***FOURTH AFFIRMATIVE DEFENSE***

Defendants are estopped from recovery as alleged in the Counter Claim.

***FIFTH AFFIRMATIVE DEFENSE***

Defendants have waived by contract their right or rights to, "Rescind or Reform This Agreement Before or After Performance Here Under."

***SIXTH AFFIRMATIVE DEFENSE***

Defendants were purchasing the property, "As is, where is and with all faults ..." and accordingly their Counter Claim should be dismissed.

***SEVENTH AFFIRMATIVE DEFENSE***

Defendants were purchasing the subject property subject to, "Provisions of existing building and zoning laws, restrictions and regulations of all governmental authorities having jurisdiction" and accordingly, their Counter Claim should be dismissed.

***EIGHTH AFFIRMATIVE DEFENSE***

Defendants have investigated the "defects" in the property and the "existence ... of any local, state or federal statutes, ordinances, laws or restrictions which would unduly interfere with the Purchasers use of the Real Property as allowed in an R-60 zone." Accordingly, Defendants have waived or are estopped from recovery as alleged in their Counter Claim.

***NINTH AFFIRMATIVE DEFENSE***

Defendants have acknowledged by contract that they have inspected the property and the sale is being made without representations or warranties concerning the condition

of the property, and the compliance of the property with any laws, rules, ordiances or regulations. Accordingly, Defendants' Counter Claim should be dismissed.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: June 5, 2006

***CERTIFICATION***

I hereby certify that on this 8th day of June, 2006, I caused a copy of the within ***Response to Counter Claim*** to be mailed by first class mail, postage prepaid to the following attorneys of record:

Brian P. Voke, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

/mvc