RECEIVED
JUL 24 2006
U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION

Plaintiff/Defendant in Counterclaim

v.

TIMOTHY L. BLIXSETH, EDRA BLIXSETH and MORTGAGE GUARANTEE & TITLE CO.

Defendant/Plaintiffs in Counterclaim

C.A. NO. 2006-90S

**DISMISSAL STIPULATION**

The Complaint, as well as all claims and any cross-claims in the above matter against Mortgage Guarantee & Title Company, by either American Capital Corporation or Timothy L. Blixseth and Edra Blixseth, are dismissed with prejudice, no interest and no costs. All counterclaims and cross-claims of Mortgage Guarantee and Title Company against either American Capital Corporation and Timothy L. Blixseth and Edra Blixseth are also dismissed with prejudice, no interest and no costs, except as set forth in separate Settlement Agreement of even date.

TIMOTHY L. BLIXSETH and
EDRA BLIXSETH
By their Attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY

BRIAN P. VOKE, ESQ.
123 Dyer Street
Providence, RI 02903
Tel: (401) 421-5123
Fax: (401) 421-5136

AMERICAN CAPITAL CORPORATION
By its Attorneys,
HODOSH, SPINELLA & ANGELONE, PC

THOMAS C. ANGELONE, ESQ. 1373
One Turks Head Place, Suite 810
Providence, RI 02903
Tel: (401) 274-0200
Fax: (401) 274-7538

MORTGAGE GUARANTEE &
TITLE COMPANY
By their Attorneys,
CARROLL, KELLY & MURPHY

7/19/06

JOHN P. McCOY, ESQ. 3047
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: (401) 331-7272
Fax: (401) 331-4404

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/24/06

P:\VJO\JPM\M\Mortgage Guarantee\Edgecliff-Amer.Capital #06061\Dismissal Stipulation.doc