UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION :
:
v. : C.A. No. 2006-90 S
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH; :
and MORTGAGE GUARANTEE & TITLE CO. :

**STIPULATION**

It is hereby agreed, by and between the parties, that Plaintiff, ***American Capital Corporation***, may have an additional ten (10) days within which to respond to interrogatories and request for production of Defendant, ***Timothy L. Blixseth***, *to wit*, to and including November 6, 2006.

/s/ Brian P. Voke

Brian P. Voke, Esq. #4953
*Attorney for Defendants Blixseth*
**CAMPBELL CAMPBELL EDWARDS & CONROY**
One Constitution Plaza, 3rd Floor
Boston, Massachusetts 02129
(617) 241-3000
*Fax* (617) 241-5115
bvoke@campbell-trial-lawyers.com

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
*Attorney for Plaintiff*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: October 26, 2006

## CERTIFICATION

I hereby certify that on this 26th day of October, 2006, I caused a copy of the within ***Stipulation*** to be electronically mailed to:

Brian P. Voke, Esq. bvoke@campbell-trial-lawyers.com

and mailed by first class mail, postage prepaid to:

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

/s/ Thomas C. Angelone, Esq.