UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION :
:
v. : C.A. No. 2006-90 S
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH; :
and MORTGAGE GUARANTEE & TITLE CO. :

**JOINT MOTION TO EXTEND**
**TIME TO CLOSE DISCOVERY**

Now comes Plaintiff, ***American Capital Corporation***, and Defendants, ***Timothy L. Blixseth and Edra Blixseth***, in the above-captioned matter and hereby move for a sixty (60) day extension of time in which to conduct discovery. The bases for this motion are as follows:

1. On November 27, 2006, the subject property was sold for less than the original purchase price of $25,000,000; therefore, this is strictly a money damage cause of action.

2. Defendants are aware of the sale and wish to engage an expert to review the circumstances surrounding the sale to determine if the consideration paid is reasonable and the manner in which the real estate was offered for sale.

3. Defendants and Atty. Hawes (the transactional attorney for Defendants) have not been available for deposition due to scheduling issues caused by the untimely death of Defendants Chief Financial Officer.

4. Plaintiff wishes to depose the expert engaged by Defendant who is to review the terms of the sale.

Respectfully submitted,

/s/ Brian P. Voke

Brian P. Voke, Esq. #4953
*Attorney for Defendants Blixseth*
**CAMPBELL CAMPBELL EDWARDS & CONROY**
One Constitution Plaza, 3rd Floor
Boston, Massachusetts 02129
(617) 241-3000
*Fax* (617) 241-5115
bvoke@campbell-trial-lawyers.com

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
*Attorney for Plaintiff*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: November 28, 2006

**CERTIFICATION**

I hereby certify that on this 28th day of November, 2006, I caused a copy of the within ***Joint Motion*** to be electronically mailed to:

Brian P. Voke, Esq. bvoke@campbell-trial-lawyers.com

and mailed by first class mail, postage prepaid to:

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

/s/ Thomas C. Angelone, Esq.