**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,** **Plaintiff** v. **TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.** **Defendants** | **C.A. No. 06-90S** |

**JOINT MOTION TO EXTEND TIME TO CONDUCT DISCOVERY**

Now comes Plaintiff, American Capital Corporation, and Defendants, Timothy L. Blixseth and Edra Blixseth, in the above-captioned matter and hereby move for a 60 day extension of time in which to conduct discovery. The bases for this motion are as follows:

1. The parties need additional time to complete discovery.

2. The subject property was sold on November 27, 2006 and the defendant served written discovery to learn the facts concerning the sales. That discovery is outstanding to the plaintiff and upon the receipt of discovery responses from the plaintiff a Rule 30 (b)(6) deposition of the plaintiff on the sale of the property will be conducted by the defendant.

3. The parties also have had to reschedule the deposition of Tim Blixseth in California because of conflicts with other matters including trial dates.

4. The parties are also planning to take expert depositions upon the completion of Mr. Blixseths deposition.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail on January 24, 2007.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/Brian P. Voke*
Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115
Email: bvoke@campbell-trial-lawyers.com

AMERICAN CAPITAL CORPORATION
By Their Attorney,
HODOSH, SPINELLA & ANGELONE, PC

*/s/Thomas C. Angelone*
Thomas C. Angelone, Esquire (RI Bar #: 1373)
One Turks Head Place, Suite 810
Providence, RI 02903
Phone: 401-272-0200
Fax: 401-274-7538
Email: angelonelaw@aol.com