UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | : | |
| and MORTGAGE GUARANTEE & TITLE CO. | : | |

***NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION***

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the continued testimony upon oral examination of ***Andrew Hawes, Esq.*** will be taken before a Notary Public, or before another person authorized to administer oaths, at a destination to be decided in Boise, Idaho on the **8th day of February, 2007, at 11:00 a.m. Mountain Time** (1:00 p.m. Eastern Standard Time).

Said examination will continue from day to day until completed and is being taken on behalf of Plaintiff, ***American Capital Corporation***.

You are invited to cross-examine.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: February 5, 2007

# CERTIFICATION

I hereby certify that on this 5th day of February, 2007, I caused a copy of the within ***Deposition Notice*** to be electronically transmitted to :

Brian P. Voke, Esq.
bvoke@campbell-trial-lawyers.com
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

and mailed by first class mail, postage prepaid to:

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.