UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | : | |
| and MORTGAGE GUARANTEE & TITLE CO. | : | |

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of Defendant, ***Timothy L. Blixseth,*** will be taken before a Notary Public, or before another person authorized to administer oaths, at a destination to be decided in Rancho Mirage, California, on the **28th day of March, 2007, at 10:00 a.m. Pacific Time** (1:00 p.m. Eastern Standard Time).

Said examination will continue from day to day until completed and is being taken on behalf of Plaintiff, ***American Capital Corporation***.

You are invited to cross-examine.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 16, 2007