**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN CAPITAL CORPORATION,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-90S** |
| **TIMOTHY L BLIXSETH; EDRA BLIXSETH;** | ) | |
| **and MORTGAGE GUARANTEE & TITLE CO.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**DEFENDANT, TIMOTHY L. BLIXSETH'S EXPERT DISCLOSURE**

1. Turner C. Scott
   Miller Scott & Holbrook
   122 Touro Street
   Newport, Rhode Island 02840-2967

See attached report.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail and regular mail on April 2, 2007.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY

*/s/ Brian P. Voke*
Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-304