**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | **C.A. No. 06-90S** |

**THE DEFENDANTS' TIMOTHY L. BLIXSETH'S AND EDRA BLIXSETH'S ASSENTED TO MOTION TO EXTEND THE DISCOVERY DEADLINE AS TO REBUTTAL EXPERT DISCLOSURES AND DEPOSITIONS**

The Defendants, Timothy L. Blixseth and Edra Blixseth, (Blixseths) with the assent of the Plaintiff, American Capital Corporation move this Court to extend the discovery deadline an additional 45 for the limited purpose of producing rebuttal expert disclosures and conducting depositions of the rebuttal experts.

Pursuant to this Court's Order entered on January 29, 2007, the discovery period in this matter closed on April 2, 2007. On March 30, 2007, American Capital disclosed Webster A. Collins of CB Richard Ellis who was retained by American Capital to prepare an Appraisal Consulting Report on the property at issue in this action. On April 2, 2007, the Blixseths filed their expert disclosure, which they supplemented with a Second Expert Disclosure on April 4, 2007, disclosing Michael W. Miller as an expert for the Blixseths on issues pertaining to the title of the property at issue in this action. Through this Assented to Motion the parties ask that the discovery period be extended an additional 45 for the limited purpose of allowing American Capital Corporation to disclose a rebuttal expert to Michael W. Miller and allow the Blixseths to depose this rebuttal expert.

Similarly, the Blixseths would be allowed to disclose a rebuttal expert to Webster A. Collins and American Capital would be provided an opportunity to depose said expert.

In the instant action, the Scheduling Order entered on January 29, 2007, does not expressly provide for a deadline within which the parties must disclose rebuttal experts. Federal Rule of Civil Procedure 26(a)(2) which addresses expert disclosures states that:

> [T]he disclosures shall be made at least 90 days before the trial date or the date the case is to be ready for trial or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under paragraph (2)(B), within 30 days after the disclosure made by the other party.

Fed. R. Civ. P. 26(a)(2). In accordance with the terms of Rule 26, the parties would have an additional 30 days to disclose rebuttal experts. See Id. Through this Assented to Motion the parties ask that this Court extend the discovery deadline a total of 45 days so that they may disclose rebuttal experts and conduct their depositions. The parties ask that the discovery deadline be extended solely for these purposes.

Pursuant to Federal Rule 16, a Court's scheduling Order may be modified upon a showing of good cause. See Fed. R. Civ. P. 16(b). "A finding of good cause depends on the diligence of the moving party." White Diamond Co., Ltd. v. Castco, Inc., 436 F.Supp.2d 615 (S.D.N.Y. 2006) (internal citation omitted). Throughout this litigation the parties have strived to comply with the deadlines imposed on this action. The parties seek a 45 day extension for the limited purpose of disclosing rebuttal experts and deposing them.

For the reasons set forth herein the Blixseths with the assent of the Plaintiff, American Capital Corporation move this Court to extend the discovery deadline an

additional 45 for the limited purpose of producing rebuttal expert disclosures and conducting depositions of the rebuttal experts.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*
Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by mail on April 5, 2007.

*/s/ Brian P. Voke*
Brian P. Voke, Esquire