UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION :
:
v. : C.A. No. 2006-90 S
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH; :
and MORTGAGE GUARANTEE & TITLE CO. :

# NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Michael W. Miller*** will be taken before a notary public, or before another person authorized to administer oaths, at the law offices of HODOSH, SPINELLA & ANGELONE, One Turks Head Place, Suite 810, Providence, Rhode Island 02903, on the **5th day of June, 2007, at 10:00 a.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Plaintiff, ***American Capital Corporation***.

You are invited to cross-examine.

**AMERICAN CAPITAL CORPORATION**
By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE** PC
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: May 14, 2007

## CERTIFICATION

I hereby certify that on this 14th day of May, 2007, I caused a copy of the within ***Notice*** to be sent electronically to:

Brian P. Voke, Esq.
bvoke@campbell-trial-lawyers.com
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

and to be mailed by first class mail, postage prepaid, to the following court reporter:

Callaghan Reporting Service
44 Marden Street
Cranston, RI 02910

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373

/mvc