**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | ) | **C.A. No. 06-90S** |

**THE DEFENDANTS' TIMOTHY L. BLIXSETH'S AND EDRA BLIXSETH'S ASSENTED TO MOTION TO EXTEND THE TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

The Defendants, Timothy L. Blixseth and Edra Blixseth, (Blixseths) with the assent of the Plaintiff, American Capital Corporation move this Court to extend the deadline for filing dispositive motions, in particular their motion for Summary Judgment. The Blixseths request an additional three business days within which to file their Motion for Summary Judgment. The Blixseths request an extension until June 5, 2007, within which to file their Motion for Summary Judgment.

Pursuant to this Court's Order entered on April 6, 2007, discovery closed on May 17, 2007 and the deadline for filing dispositve motions was set for May 31, 2007. The Court Order also requires that Pretrial memoranda be filed by June 21, 2007. Throughout this litigation the parties have strived to comply with the deadlines imposed on this action. The Blixseths, with the assent of American Capital Corporation, seek a short extension to file their Motion for Summary Judgment. This extension will neither prejudice the parties nor will it effect any of the other predetermined deadlines in this action.

For the reasons set forth herein the Blixseths with the assent of the Plaintiff, American Capital Corporation move this Court to extend the deadline for file dispositive motions to June 5, 2007.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*

Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by mail on May 30, 2007.

*/s/ Brian P. Voke*

Brian P. Voke, Esquire