**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH;**<br>**and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | **C.A. No. 06-90S** |

## THE BLIXSETH'S MOTION FOR SUMMARY JUDGMENT

This is an action arising out of the proposed sale of three parcels of property located in the Newport Historic District. The Plaintiff, American Capital Corporation (American), the owner of the 3 parcels of property failed to disclose to the Defendants, Plaintiffs in Counter Claim, Timothy and Edra Blixseth (Blixseths) the proposed buyers, that the subject properties were located in the Newport Historic District and to provide the statutorily mandated disclosures required by the express terms of the Rhode Island Real Estate Disclosure Act. R.I.G.L. 5-20.8 et. seq. The Blixseths voided the Agreement for Sale and Purchase dated November 23, 2005 by letter dated March 10, 2006 pursuant to the terms of the Real Estate Disclosure Act.

On February 3, 2006, American filed an action against the Blixseths requesting declaratory judgment to require the purchasers to accept a deed and pay the purchase price pursuant to the written agreement of the parties (Count I), injunctive relief against the purchasers (Count II), and specific enforcement against the purchasers (Count III). The Blixseths removed the action to this Court and filed their Answer to American's Complaint on March 21, 2006. The Blixseth's also asserted counter claims against American, including a claim for return of their $1.25 million dollar deposit pursuant to the terms of the Real Estate Disclosure Act (Count I). R.I.G.L. 5-20.8 et. seq.

The Blixseths now move this Court for entry of and Order of Summary Judgment on all of American's Claims asserted against the Blixseths and on Count I of the Blixseths' Counterclaim requesting return of their $1.25 million dollar deposit pursuant to the terms of the Real Estate Disclosure Act.

For the reasons set forth in the memorandum of law accompanying this motion, the Blixseths request that this Court issue an Order granting Summary Judgment in their favor on all of American's claims and on Count I of the Blixseths' counter claim for return of their deposit.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*

Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail on June 5, 2007.

*/s/ Brian P. Voke*

Brian P. Voke, Esquire