# EXHIBIT B

EXHIBIT
8
D. Waddell 11/1/06

ANDOLFO APPRAISAL ASSOCIATES, INC.

# ***REAL ESTATE APPRAISAL***

*646 BELLEVUE AVENUE*

*NEWPORT, RHODE ISLAND*

ANDOLFO APPRAISAL ASSOCIATES, INC.

## ***SUMMARY OF SALIENT FACTS***

*Type of Report*: Complete Summary Appraisal

*Location*: 646 Bellevue Avenue, Newport
Citizens Bank File #01-0621

*Assessor's Plat/Lot(s)*: 38 / 3, 9, and 10

*Requested By*: Mr. J. Timothy Reiter, MAI
Citizens Bank

*Prepared For*: Same as Above

*Owner of Record*: American Capital Corporation

*Land Area*: 7.536 acres

*Improvements*: Miramar, a French Baroque style mansion constructed circa 1912-1915, and containing 21,696 square feet of above grade floor area exclusive of third floor space that is not currently utilized.

*Highest and Best Use*: Its present improved residential use

*Estimate of Property Value - Income Approach*: N/A

*Estimate of Property Value - Cost Approach*: $11,684,000

*Estimate of Property Value - Direct Sales Comparison Approach*: $11,500,000

*Final Value Estimate*: $11,500,000

*Date of Inspection*: June 29, 2001 0082

*Appraiser*: Karen M. Valletta, Staff Appraiser
Thomas S. Andolfo, MAI, Certified General Appraiser

AAA
ANDOLFO APPRAISAL ASSOCIATES, INC.

REAL ESTATE APPRAISERS AND CONSULTANTS
THE BUSH BUILDING
216 WEYBOSSET STREET • PROVIDENCE • RHODE ISLAND 02903
(401) 273-8989 • FAX (401) 273-2510

July 10, 2001

Mr. J. Timothy Reiter, MAI
Vice President
Real Estate Risk Services/
Appraisal Division
Citizens Financial Group, Inc.
20 Blackstone Valley Place
MailStop: RLC 0240
Lincoln, Rhode Island 02865

Dear Mr. Reiter:

Pursuant to your request, we have personally inspected the real estate located at 646 Bellevue Avenue, otherwise designated as Lots 3, 9, and 10 on Plat 38 of the Tax Assessor's Plat Maps for the city of Newport, state of Rhode Island.

The purpose of our inspection and subsequent analysis was to estimate the fee simple market value of the subject property on an "as is" basis as of June 29, 2001. The effective date of the appraisal and the date of property inspection are one and the same.

The use and function of this appraisal report is to assist the client in estimating the fee simple market value of the subject property for collateral refinancing purposes.

The subject property under appraisal is that of Miramar Estates. This French Baroque mansion was constructed between 1912 and 1915. It is situated on an oceanfront site consisting of 7.536 acres. The property is owned by the American Capital Corporation. The appraiser makes reference to Citizens Bank File #01-0621, which references the engagement letter for this appraisal assignment.

ANDOLFO APPRAISAL ASSOCIATES, INC.



At the request of the client, a complete summary appraisal report has been formulated. This report conforms to the Uniform Standards of Professional Appraisal Practice, namely Standards Rule 2-2(b) as prepared under Standards 1, and also conforms to the minimum standards set forth in Title XI of the Financial Institutions Reform, Recovery Act (FIRREA), as amended. Enclosed are three signed original copies of the report and one unbound copy.

Based upon the data gathered and the analysis thereof, it is our considered opinion that the fee simple market value of the subject property on an "as is" basis as of June 29, 2001, was:

*ELEVEN MILLION FIVE HUNDRED THOUSAND ($11,500,0000) DOLLARS.*

Respectfully submitted,

*ANDOLFO APPRAISAL ASSOCIATES, INC.*

Karen M. Valletta
Staff Appraiser

Thomas S. Andolfo, MAI
Certified General Appraiser

Sworn and Subscribed to before me in the City of Providence, County of Providence, State of Rhode Island, this 13th day of July, 2001.

Notary Public

ANDOLFO APPRAISAL ASSOCIATES, INC.

**TABLE OF CONTENTS**


CONTINGENT AND LIMITING CONDITIONS .......................... 1.
PURPOSE OF THE APPRAISAL ................................... 5.
DEFINITION OF MARKET VALUE ................................. 5.
PROPERTY RIGHTS APPRAISED .................................. 5.
COMPETENCY PROVISION ....................................... 6.
EXPOSURE TIME .............................................. 6.
MARKETING TIME ............................................. 7.
SCOPE OF WORK .............................................. 8.
TAX AND ASSESSMENT DATA .................................... 9.
SALES HISTORY .............................................. 9.
ZONING DATA ................................................ 10.
FLOOD ZONE DATA ............................................ 10.
EARTHQUAKE HAZARD DATA ..................................... 11.
PERSONAL PROPERTY .......................................... 11.
TOXIC HAZARDS .............................................. 11.
EASEMENTS / ENCROACHMENTS .................................. 11.
SPECIAL SIGNIFICANCE ....................................... 12.
SPECIFIC GEOGRAPHIC DATA ................................... 12.
NEW ENGLAND - REGIONAL OVERVIEW ............................ 13.
RHODE ISLAND AREA ANALYSIS ................................. 16.
STATE OF RHODE ISLAND ECONOMIC OVERVIEW .................... 17.
NEWPORT GENERAL INFORMATION ................................ 19.
NEWPORT AREA ANALYSIS ...................................... 20.
NEIGHBORHOOD ANALYSIS ...................................... 22.
SITE DESCRIPTION ........................................... 23.
IMPROVEMENT DESCRIPTION .................................... 24.
HIGHEST AND BEST USE ....................................... 25.
THE VALUATION PROCESS ...................................... 27.
RECONCILIATION AND FINAL VALUE ESTIMATE .................... 37.
CERTIFICATION .............................................. 38.
QUALIFICATIONS ............................................. 40.
SUBJECT PHOTOGRAPHS / ADDENDA .............................. 47.

## *SITE DESCRIPTION*

The subject site is comprised of three individually platted lots, the total of which provides for a site area of 7.536 acres. Lot 10 is the main building house lot, which is comprised of 4.695 acres. Lot 3 has improved upon it the carriage house (with four rental apartments) and two tennis courts. This lot contains 1.705 acres. Lastly, Lot 9 is a vacant parcel, which fronts the rear access right-of-way off of Yznaga Avenue and fronting Rhode Island Sound. Lot 9 is essentially landscaped area containing 1.136 acres. Thus, Lots 9 and 10 front Rhode Island Sound, while Lot 10 also fronts Bellevue Avenue as does Lot 3.

Based upon the R-60 zoning district and the fact that the parcels were probably subdivided prior to the enactment of the city's Zoning Ordinance, a legal subdivision could be possible. However, this appraisal deals with the fee simple market value of the subject property on an "as is" basis only. As a result, the subject property will be valued as one site of 7.536 acres providing support for the existing mansion and carriage house.

Taken as a whole, the subject site is fairly level and at street grade, and is serviced by all public utilities. The site is well landscaped and provides for a water fountain, the aforementioned two tennis courts, and a rear granite patio area overlooking the Cliff Walk and Rhode Island Sound.

The subject site is provided two gated entrances off of Bellevue Avenue, which were padlocked at the time of inspection. Access to the site was gained via Yznaga Avenue, as located just off Bellevue Avenue directly opposite Rovensky Avenue and Rovensky Park.

The site provides for panoramic ocean views, a gravel drive and parking area located in front of the dwelling, as well as a rear delivery and employee access road and parking area, which leads into the basement area of the dwelling.