# EXHIBIT C

# R.I. REAL ESTATE SALES DISCLOSURE FORM
## RHODE ISLAND ASSOCIATION OF REALTORS ®

**SELLER**

DATE ____________ PROPERTY ADDRESS ~~646 Bellevue Avenue~~ ~~Newport, RI 02840~~

Seller AMERICAN CAPITAL CORPORATION Current Address c/o Miramar 646 Bellevue Ave., Newport RI 02840

Property includes the Mansion and adjacent unimproved lot

'Prior to the signing of an agreement to transfer real estate (vacant land or real property and improvements consisting of a house or building containing one (1) to four (4) dwelling units), Seller is providing Buyer with this written disclosure of all deficient conditions of which Seller has knowledge. This is not a warranty by Seller that no other defective conditions exist, which there may or may not be. Buyer should estimate the cost of repair or replacement of deficient conditions prior to submitting an offer on this real estate. Buyer is advised however not to rely solely upon the representation of Seller made in this disclosure, but to conduct any inspections or investigations which Buyer deems to be necessary to protect his or her best interest.' Nothing contained herein shall be construed to impose an affirmative duty on the Seller to conduct inspections as to the condition of this real estate.

**STRUCTURE**

(If you indicate a history of any repairs, improvements or problems with any of the following by checking yes, then please give dates of defects or repairs and explain). Indicate a check mark or "Uk", unknown, if you do not have actual knowledge of the property conditions.

1. **Seller Occupancy** — Seller has occupied property? Yes x No ____ Number of years 30+
2. **Year Built** — ~~Around 1914~~ Additions ~~Unknown~~ Year N/A
3. **Basement** — History of any seepage, leaks, cracks, etc. Yes ____ No ____ If yes, explain any defects ____ ~~There has been some leakage below the outside terraces~~ which has been recently ~~corrected~~.
4. **Sump Pump** — Yes ____ No x Currently Operational -Yes ____ No ____ Portable or Permanent ____ Location: ____ Defects: ____
5. **Roof (Shingles)** — Age ____ # of layers ____ Defects: ____
6. **Fireplaces** — # ~~Numerous~~ Working NO Maintenance History ~~Not allowed to use as per Fire Marshall~~ Defects: N/A
7. **Chimney** — Maintenance History ~~Chimneys unused (see above)~~ Defects: ____
8. **Woodburning Stove** — When installed? N/A Permit received Yes (attach copy) ____ No ____ Defects: ____
9. **Structural Condition** — Known Defects: ~~Unknown~~
10. **Insulation** — Wall/type ____ Ceiling/Type ____ Floor/Type ____ Unknown x
    Is there urea-formaldehyde foamed-in-place insulation(UFFI) installed? Yes ____ No ____ Don't Know x
11. **Termites or Woodboring Pests** — Yes ____ No x Unknown ____ Type of treatment ____ Company ____
    Service Contract Yes ____ No ____
12. **Radon** — 'Radon has been determined to exist in the State of Rhode Island. Testing for the presence of Radon in residential real estate prior to purchase is advisable.'
    Has building been tested for Radon? Yes ____ No x If yes, # of picocuries ____
    Testing Company ____ Copy of test available Yes ____ No ____
    Was any action taken? ____

**UTILITIES**

13. **Electrical Service Defects, Imp. & Repairs:** — Electrical Service: ____ Fuses ____ Circuit Breakers x Amps 600 Unknown ____
14. **Heating System** — Type Gas Defects, Imp. & Repairs: Unknown
    If oil fuel, size of tank ____ Underground tanks on property? Yes ____ No x Unknown ____
    Number of zones Two Defects: Unknown
    Any supplemental heating? ____ If so, what kind? Unknown
15. **Air Conditioning Defects, Imp. & Repairs:** — Type ~~Limited to basement area (2 rooms)~~
16. **Plumbing Defects, Imp. & Repairs:** — Standard plumbing; Unknown
17. **Sewage System** — Assessment ____ Minimum Annual Fee $ ____
    Type (private, public or both) Public If public system available, is it connected Yes x No ____
    If private, Cesspool ____ Septic ____ #Bedrooms/per ISDS Design ____
    Other Connections (Drywell, etc.) ____ Location ____
    Date installed ____ Maintenance History (Any Failure) ____
    Sanitation Company used ____ Last pumped ____
    Defects: ____
18. **Water System Defects, Imp. & Repairs:** — Public x Private ____ If private: 'Buyer understands that this property is, or will be served by a private water supply (well) which may be susceptible to contamination and potentially harmful to health. If a public water supply is not available, the private water supply should be tested for coliforms, nitrates, and chlorides. Periodic testing is recommended.' Dug well or drilled well ____ Location ____
    Is well water inspection certificate available? Yes ____ No ____ If yes, attach copy ____
19. **Domestic Hot Water Defects, Imp. & Repairs:** — Type ____ Heating Source: Gas
    Capacity of tank ____ Location ____

SELLER'S INITIALS ~~QP~~ Rev. 2/98 Docs Produced 00003

**MUNICIPAL INFORMATION**

**20. Property Tax** $ 158,504.68 for fiscal/calendar year ending 12/31/04 Tax Rate ______ Exemptions ______
Assessed value: Land ______ Building ______ Other Bldg. ______ Total ______

**21. Easements** Any easements on the property, utility or otherwise? Yes ______ No ______ Unknown ______
If yes, explain Utility easement (Book 215 Page 454)

**22. Deed** Type of deed to be conveyed ~~Warranty~~ #of parcels conveying 2 parcels

**23. Zoning** 'Buyers of real estate in the state of Rhode Island are legally obligated to comply with all local real estate ordinances; including, but not limited to ordinances on the number of unrelated persons who may legally reside in a dwelling, as well as ordinances on the number of dwelling units permitted under the local zoning ordinances.'
Classification Residential
Is the current use a permitted use under the current zoning regulations?
Yes x No ______ Don't Know ______ If no, explain ______
Is the current use non-conforming in any other way? Yes ______ No ______ Don't Know ______
If yes, explain ______

**24. Restrictions** Plat or other ______ Copy available to Buyer: ______

**25. Building Permits** Have you applied for or been granted a special permit for this property? Yes ______ No x
If yes, explain ______

**26. Building Code/or Minimum Housing** Minimum housing violations Unknown

**27. Flood Plain** Is the property located in a flood plain? Yes ______ No ______ Don't Know x
Is there flood insurance on property? Yes ______ No x

**28. Wetlands** The location of coastal wetlands, bays, fresh water wetlands, ponds, marshes, river banks or swamps, as those terms are defined in RIGL 2-1 and the associated buffer areas may impact future property development. If known, Seller must disclose to the Buyer any such determination on all or part of the land made by the Department of Environmental Management.
Has all or part of property been determined to be coastal wetland, bog, freshwater wetland, pond, marsh, river bank or swamp?
Yes ______ No ______ Don't Know x
Explain ______

**MISCELLANEOUS**

**29. Multi-family or other rental property** Are income and expense figures available? Yes N/A No ______ If yes, attach copies ______
Lease(s) period ______ Copies available Yes ______ No ______ Number of Units ______
Are the existing rents current? Yes ______ No ______ Security Deposits ______
Are all units legal for the current zoning and use? Yes ______ No ______ Appliances Offered ______

**30. Pools & Equipment** Type of swimming pool N/A; Fountain Have you ever experienced any problems with the operation of the Fountain equipment? Yes x No ______ If yes, explain ~~Requires regular~~ maintenance
Maintenance history ______
Was a permit obtained for the pool? Yes N/A No ______ Unknown ______

**31 Lead Contamination** Every Purchaser of any interest in residential property (federal regulations only require disclosure of lead paint in property built prior to 1978) is notified that such property may present exposure to lead from lead-based hazards that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced Intelligence Quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The Seller of any interest in residential property is required to provide the Buyer with any information on lead or lead hazards in paint, interior dust, soil, or water from risk assessments or inspections in the Seller's possession and notify the Buyer of any known or potential lead or lead-based hazards, and must receive a lead disclosure and educational brochure. A risk assessment or inspection for possible lead-based hazards is recommended prior to purchase.
Have you ever had a lead paint inspection conducted? Yes ______ No x
If yes, copy of report available. Yes ______ No ______

**32. Fire** Has there ever been any damage due to fire to your property? Yes x No ______ Don't know ______
If yes, explain ~~Small electrical fire on 3rd floor in a room;~~ small fire in the basement

**33. Hazardous Materials** Are you aware of any hazardous materials on the property? (asbestos, chlorinated toxic chemicals, water contaminants, other)
Yes ______ No x Don't Know ______
If yes, explain ______
Is the property located near a designated "hazardous waste" site? Yes ______ No ______ Don't Know ______

**34. Miscellaneous** Any other comments relative to condition of property? No

**35. Condo/Assoc. Fees** Monthly Condo/Association Fee $ N/A Outstanding Assessments $ ______

**36. Smoke Detector** Installed and functioning? Yes ______ No ______ Seller is advised that the Seller is required to provide a certificate within 60 days prior to closing in Rhode Island attesting that smoke detectors have been properly installed.

**STATEMENT**

Any agreement to transfer real estate shall contain an acknowledgment that a completed real estate disclosure form has been provided to the Buyer by the Seller in accordance with the provisions of this section. This form has been designed to meet the Real Estate Disclosure requirements of Rhode Island General Law 5-20.8. Seller acknowledges that the above property information is accurate, true and complete to the best of his knowledge, and that no information concerning the property has been knowingly withheld. Seller further acknowledges that the legal and/or tax consequences of this real estate sale and all transactions related thereto may be best discussed with an attorney, accountant, or other appropriate party and that Seller has not relied on the Real Estate Broker or Agent for such advice. Seller is obligated to report to the Broker or Agent any known changes prior to sales agreement and prior to closing.

AMERICAN CAPITAL CORPORATION
Seller Signature By [signature] PRESIDENT Date 11/18/05 Seller Signature ______ Date ______
Buyer Receipt [signature] Date 11/28/05 Buyer Receipt [signature] Date 11/29/05

R-106 FORM#141B Rev 2/98

**Lead Warning Statement**

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Seller's Disclosure** (initial)

_____ (a) Presence of lead-based paint and/or lead-based paint hazards (check one below):

☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

______________________________________________

______________________________________________

☒ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

_____ (b) Records and reports available to the seller (check one below):

☐ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

______________________________________________

______________________________________________

☒ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgment** (initial)

_____ (c) Purchaser has received copies of all information listed above.

_____ (d) Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home.*

_____ (e) Purchaser has (check one below):

☒ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial)

_____ (f) Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

AMERICAN CAPITAL CORPORATION

By [signature] 11/18/05

Seller PRESIDENT Date

Seller Date

Agent Date

Agent Date

[signature] 11/18/05

Purchaser Date

[signature] 11/18/05

Purchaser Date

Docs Produced 00005