# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| v. | : | C.A. No. 06-90 S |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO. | : | |

**PLAINTIFF'S, AMERICAN CAPITAL CORPORATION, RESPONSE TO DEFENDANT'S, TIMOTHY L. BLIXSETH, FIRST SET OF REQUESTS FOR ADMISSION**

1. Prior to November 18, 2005, American Capital Corporation knew that the subject property was located within the Newport Historic District.

**1. Admit.**

2. Prior to November 18, 2005, American Capital Corporation knew that the subject property was subject to the rules and regulations of the Newport Historic District Commission.

**2. Deny.**

3. Attached as Exhibit 1 is a true and accurate copy of an Appeal filed on behalf of American Capital Corporation with the Newport Zoning Board of Review.

**3. Admit.**

4. Attached as Exhibit 2 is a true and accurate copy of a Rhode Island Real Estate Disclosure provided by American Capital Corporation to the Blixseths relative to "Carriage House, 646 Bellevue Avenue, Newport, Rhode Island."

**4. Admit.**

5. Attached as Exhibit 3 is a true and accurate copy of a Rhode Island Real estate Disclosure provided by American Capital Corporation to the Blixseths relative to the "Mansion and unimproved lot 646 Bellevue Avenue, Newport, Rhode Island."

**5. Admit.**

6. Attached as Exhibit 4 is a true and accurate copy of a zoning certificate dated August 1, 2001 which was received by American Capital Corporation prior to 2005.

**6. Admit.**

7. At no time prior to the execution of the "Agreement for Sale and Purchase dated November 18, 2005" did American Capital Corporation disclose in writing to the Blixseths that the subject property was located within the Newport Historic District.

**7. Denied. Defendant had notice that the property was in an historic district because of the recorded zoning certificate. (See Exhibit 4 of Defendant's Requests for Admission.) In addition, Defendant was on notice after completing his due diligence pursuant to the provisions of the Purchase and Sale Agreement.**

8. At no time prior to the execution of the "Agreement for Sale and Purchase dated November 18, 2005" did American Capital Corporation disclose in writing to the Blixseths that the subject property was located within the Newport Historic District and that 'property located in a historic district may be subject to construction, expansion or renovation limitations. Contact the local building inspection official for details.'

**8. Deny that, "at no time prior to the execution of the 'Agreement for Sale and Purchase dated November 18, 2005' did American Capital Corporation disclose in writing to the Blixseths that the subject property was located within the Newport**

**Historic District". (See response to Request No. 7.) Admit that it did not disclose in writing, "that 'property located in a historic district may be subject to construction, expansion or renovation limitations. Contact the local building inspection official for details.'"**

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: September 14, 2006

**CERTIFICATION**

I hereby certify that on this 14th day of September, 2006, I caused a copy of the within ***Response to Request for Admissions*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Brian P. Voke, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903-2219

/mvc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 06-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO. | : | |

**PLAINTIFF'S, AMERICAN CAPITAL CORPORATION, AMENDED RESPONSE TO DEFENDANT'S, TIMOTHY L. BLIXSETH, FIRST SET OF REQUESTS FOR ADMISSION**

2. Prior to November 18, 2005, American Capital Corporation knew that the subject property was subject to the rules and regulations of the Newport Historic District Commission.

**2. Deny.**

<u>Amended Response</u>: **Admit that the subject property was located within the Newport Historic District and therefore, American Capital Corporation admits that an historic district is subject to rules and regulations; however, American Capital Corporation is not familiar with said rules and regulations.**

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: October 28, 2006

## CERTIFICATION

I hereby certify that on this 30th day of October, 2006, I caused a copy of the within ***Amended Response to Request for Admissions*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Brian P. Voke, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

Mary V. Conlon

/mvc