# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| v. | : | C.A. No. 2006-90 S |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO. | : | |

**PLAINTIFF'S RESPONSE TO**
**THE BLIXSETH'S SECOND REQUEST FOR ADMISSION**

Now comes Plaintiff, ***American Capital Corporation***, and hereby responds to Defendants', ***Timothy L. Blixseth and Edra Blixseth***, Second Request for Admission as follows:

1. The letter attached as Exhibit A and dated March 10, 2006 from Attorney Andrew Hawes to Mr. Andrew Panteleakis of American Capital Corporation is a true and accurate copy of a document received by American Capital Corporation in March 2006.

**1. Admitted.**

2. Following the receipt of the letter attached as Exhibit A in March 2006 American Capital Corporation did not return Tim and Edra Blixseth's deposit of $1,250,000.

**2. American Capital admits that it did not return the deposit of $1,250,000.00 because Defendants defaulted under the Purchase and Sale Agreement dated November 23, 2005 when they failed to wire the balance of the funds due American Capital at closing on January 17, 2006, which failure is verified in Attorney Hawes' letter of February 14, 2006.**

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: March 29, 2007

**CERTIFICATION**

I hereby certify that on this 29th day of March, 2006, I caused a copy of the within ***Response to Request for Admissions*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Brian P. Voke, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

/mvc