# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | **C.A. No. 06-90S** |

# AFFIDAVIT OF TIMOTHY BLIXSETH

I, Timothy Blixseth, being duly sworn on my oath depose and state as follows:

1. The "Miramar" property which my wife Edra and I planned to purchase from American Capital Corporation and which is the subject of this lawsuit consisted of 3 parcels of property; the Mansion, the carriage house and a vacant lot.

2. I reviewed and relied upon the attached 2 real estate disclosure forms in forming my decision to purchase the 3 parcels of property known as Miramar.

3. My wife Edra and I planned to use the property as part of Yellowstone Club World.

4. Yellowstone Club World provides its members with exclusive access to exceptional properties throughout the world.

5. Prior to early March 2006 I had no knowledge that the 3 parcels of property known as Miramar were located within the Newport Historic

District and that the properties were subject to the rules and regulations of the Newport Historic District Commission.

6. I planned to construct a new wellness center, an indoor pool and Jacuzzi, spa, gym and meditation room. Additional outdoor tennis courts were also planned. I also planned to construct a Youth Center at Miramar which would have included class room facilities, stages and cabins and tee-pees for summer camps.

Signed under the pains and penalties of perjury.

4/4/07
Date

Timothy Blixseth

STATE OF IDAHO )
) ss.
County of Ada )

On this 4th day of April, 2007, before me, a notary public, personally appeared Timothy L. Blixseth, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.




Notary Public for Idaho
Residing at Boise, Idaho
Commission Expires: 9-7-2012