# EXHIBIT H

BK: 1732 PG: 315

THE CITY OF NEWPORT, RHODE ISLAND - AMERICA'S FIRST RESORT
Department of Planning, Zoning, Development & Inspections

# ZONING CERTIFICATE
## Correction

March 30, 2006

Paul M. DePalo
Campbell Campbell Edwards & Conroy, P.C.
1 Constitution Plaza
Third Floor
Boston, MA 02129

RE: Bellevue Avenue, Tax Assessor's Plat 38, Lot 3
Property of AMERICAN CAPITAL CORPORATION

Dear Mr. DePalo:

The undersigned, Guy E. Weston, being the Zoning Officer for the City of Newport, Rhode Island, hereby certifies to as follows:

1. The property is located in a residential (R-60) zoning district. The property is also located within the local historic district.

2. The use of the property is that of a multi-family dwelling. The structure contains four (4) dwelling units. This is a legal, conforming use.

3. According to city records, the property contains approximately 74,264 sq. ft. of land. The lot is a legal, conforming lot of record.

4. To the best of my knowledge, the property is in compliance with all applicable provisions of the zoning code.

IN WITNESS WHEREOF, the undersigned has executed this Certificate this 30th day of March 2006.

CITY OF NEWPORT, RHODE ISLAND

By: [signature]
Guy E. Weston
Zoning Officer

KATHLEEN M. SILVIA
CITY OF NEWPORT
CITY CLERK
03/30/2006 12:00:10PM
Inst# 36340

Cc: file