# EXHIBIT J

MINUTES OF SPECIAL MEETING OF STOCKHOLDERS

OF

AMERICAN CAPITAL CORPORATION

A special meeting of the stockholders of American Capital Corporation was held at 600 Turks Head Building, Providence, Rhode Island on December 1, 1970 at 2:00 o'clock P. M.

Present: Andrew Panteleakis, owner and holder of all of the issued and outstanding capital stock of the corporation.

The President presided. He discussed the operations of the corporation for the past year. Accordingly, upon motion duly made and seconded it was unanimously

VOTED: That all actions taken by the officers of the corporation on behalf of the corporation be and they hereby are ratified, approved and confirmed.

The President then discussed the election of directors and officers of the corporation for the ensuing year. Accordingly, upon motion duly made and seconded, it was unanimously

VOTED: That a Board of Directors be and it hereby is created and such Board shall be comprised of not less than one (1) nor more than five (5) members, until further vote of the stockholders.

It was further unanimously

VOTED: That Andrew Panteleakis be and he hereby is elected sole director of the corporation to serve until the next annual meeting of stockholders and until his successor is duly elected and qualified.

It was further unanimously

VOTED: That the following persons be and they hereby are elected to the office set opposite their names to serve until the next annual meeting of stockholders and until their successors

are duly elected and qualified:

| | |
|---|---|
| President | Andrew Panteleakis |
| Vice President | Andrew Panteleakis |
| Treasurer | Andrew Panteleakis |
| Secretary | Guido R. Salvadore |

There being no further business the meeting was duly adjourned.

Guido R. Salvadore
Secretary

Notice waived and minutes approved as recorded.
Andrew Panteleakis