# EXHIBIT L

# MINUTES OF SPECIAL JOINT MEETING
# OF
# STOCKHOLDERS AND DIRECTORS
# OF
# AMERICAN CAPITAL CORPORATION, INC.

A special joint meeting of the stockholders and directors of American Capital Corporation, Inc. was held on December 4, 2000 at 4 o'clock p.m. at the office of the corporation, Miramar-Bellevue Avenue, Newport, Rhode Island.

Present: Andrew Panteleakis, sole director and sole stockholder, and Tammy A. Bostella, attorney for the corporation.

The President presided. He had agreed among other consideration to transfer all of the issued and outstanding shares of capital stock of American Capital Corporation, Inc., standing in his name, viz: 100 shares no par common to the Andrew Panteleakis Trust - 1997 dated September 10, 1997.

Accordingly, upon motion duly made and seconded, it was unanimously

<u>VOTED:</u> That the transfer of 100 shares of no par common capital stock of American Capital Corporation, Inc. by Andrew Panteleakis to the Andrew Panteleakis Trust - 1997 dated September 10, 1997, is hereby acknowledged and approved, and the Secretary is hereby directed to issue a new certificate for 100 shares of no par common capital stock in the name of the Andrew Panteleakis Trust - 1997 dated September 10, 1997 upon receipt of the old certificate duly signed by Andrew Panteleakis.

There being no further business, the meeting was duly adjourned.

Nancy Weddell (signature)
Secretary

Notice waived and minutes
approved and recorded:

Andrew Panteleakis (signature)
Sole director and sole stockholder