# EXHIBIT N

AMERICAN CAPITAL CORPORATION

UNANIMOUS CONSENT OF SOLE STOCKHOLDER AND SOLE DIRECTOR
IN LIEU OF ANNUAL MEETING

The undersigned, being the sole Stockholder and sole Director of AMERICAN CAPITAL CORPORATION, a Rhode Island corporation, pursuant to the provisions of Section 7-1.1-30.3 and Section 7-1.1-39.1 respectively of the General Laws of Rhode Island, 1956, as amended, consents to the adoption of the following resolutions in lieu of annual meeting of stockholder and the annual meeting of directors of the corporation for calendar year 2005.

**RESOLVED:** That all actions taken by the officers and directors of the corporation on behalf of the corporation or by Nancy Z. Waddell as an officer of the corporation and/or Andrew Panteleakis as its sole director and/or sole stockholder, to date be and they hereby are ratified, approved and affirmed.

**RESOLVED:** That Andrew Panteleakis be and he hereby is elected sole director of the corporation, to serve until the next annual meeting of stockholders and until his successor is duly elected and qualified.

**RESOLVED:** That Andrew Panteleakis be and he hereby is elected President and Treasurer of the corporation and that Nancy Z. Waddell be and she hereby is elected Vice President and Secretary of the corporation, each to serve until the next annual meeting of stockholders and directors, respectively, and until their respective successors are duly elected and qualified.

**RESOLVED:** That the President, Vice President and Treasurer of the corporation signing singly be and they hereby are authorized to sign for the corporation at any and all banks where the corporation has an account or accounts.

**RESOLVED:** That the certificates needed by said bank or banks, as set forth in its form, be adopted, that a copy of said certificates be filed with

the minutes of this meeting and made a part hereof, and that the Secretary be authorized and directed to file an executed copy of said certificates with the Bank designated thereon.

Andrew Panteleakis, as sole Stockholder

Andrew Panteleakis, as sole Director

DATED: February 23, 2005

# AMERICAN CAPITAL CORPORATION

## UNANIMOUS CONSENT OF SOLE STOCKHOLDER AND SOLE DIRECTOR IN LIEU OF ANNUAL MEETINGS

The undersigned, being the sole Stockholder and sole Director of AMERICAN CAPITAL CORPORATION, a Rhode Island corporation, pursuant to the provisions of Section 7-1.1-30.3 and Section 7-1.1-39.1 respectively of the General Laws of Rhode Island, 1956, as amended, consents to the adoption of the following resolutions in lieu of the annual meeting of directors of the Corporation for calendar year 2005:

**RESOLVED:** That all of the acts taken by the officers and directors of the corporation on behalf of the corporation or by Nancy Z. Waddell as an officer and/or agent of the corporation and/or its sole stockholder, Andrew Panteleakis. to date be and they hereby are ratified, approved and affirmed.

**RESOLVED:** That Andrew Panteleakis be and he hereby is elected sole director of the corporation, to serve until the next annual meeting of stockholders or until his successor are duly elected and qualified.

**RESOLVED:** That Andrew Panteleakis be and he hereby is elected President and Treasurer of the corporation and that Nancy Z. Waddell be and she hereby is elected Vice President and Secretary of the corporation, each to serve until the next annual meeting of stockholders or until their respective successors are duly elected and qualified.

Dated: December 7, 2005

/s/ [signature]
Andrew Panteleakis, as Sole Stockholder
and Sole Director