# EXHIBIT Q

Last revision 4/16/96

# NEWPORT HISTORIC DISTRICT

## MISSION AND POLICY STATEMENT

RATIFIED MARCH 22, 1996: This Mission and Policy Statement supersedes all previous versions.

### MISSION

The Newport Historic District Commission was formed in 1965 in accordance with Federal, State, and Municipal legislation. The Commission shall act to protect and retain the historic character of Newport, Rhode Island. In the areas of the city designated by the City Council as Historic Districts, the Commission shall ensure that any alteration to the exterior of an existing structure, any new construction, or any demolition conforms to the standards adopted by the Commission. The Commission shall also be available for consultation to the City of Newport.

### POLICY

ABSENTEEISM:

1. A member shall inform the Chair and Zoning Office at least 24 hours prior to the meeting if that member expects to be absent.
2. If, within one calendar year, a member has more than one unexplained absence from a Commission meeting, the Chair may direct a letter to the City Council recommending dismissal.
3. The Secretary, in concert with the Zoning Office, shall maintain a record of attendance.

ANNUAL REPORT:

Every December, the Chair shall submit an annual report to the City Council setting forth a summary of yearly activities, including the attendance record of its members.

ELECTIONS:

1. Selection of candidates:

   a) any qualified Commission member may run for office.

   b) candidates may be solicited by other members or may submit their own name.

2. Elections:

   a) shall be held in the pre-session to the first regular meeting of every second year.

   b) the slate of officers shall be prepared by the outgoing Chair.

   c) elections shall be conducted by the previous Chair.

   d) election shall be made by sealed ballot counted by the current Secretary.

3. Officer Terms:

 a) the Chair shall be elected for a two year term and may not run immediately for a second term.

 b) the Vice Chair shall be elected for a two year term concurrent with the Chair

 c) the Secretary be elected for a two year term concurrent with the Chair

4. Unexpired Terms: In the event that an officer leaves the office prior to expiration of elected term, a special election shall be held to select a replacement officer to finish the remainder of that term.

HEARINGS:

Applicants may come before the Commission in one of two ways: (1) Formal Hearing, and (2) Workshop.

1. Formal Hearing:

 a) shall utilize one of three formats:

  1) Summary Hearing: shall be for applications which have been identified by the Commission as conforming to Newport Historic District Standards; new and major construction shall not be heard in Summary; the Inspection Committee Report shall be used as a *finding of fact*; applications shall be publicly listed; any application with objectors or comments shall be moved to a Full Hearing; a vote shall be made to adopt the Inspection Committee Report as the *finding of fact* for each application; and a single vote shall be taken to approve all applications.

  2) Conceptual Hearing: shall provide general guidance on the conceptual merits of an application; shall be used to provide a preliminary opinion as necessary for C.R.M.C., Zoning Board, other agency applications, or for the applicant's preparation on major projects prior to a Full Hearing; the Commission shall hear each application as presented by the applicant and may query the applicant; *findings of fact* shall be made; a motion shall be made in the affirmative; and a vote shall be taken.

  3) Full Hearing: shall be for all other applications; the applicant shall present the application to the Commission which may query the applicant; *findings of fact* shall be made; the Commission shall deliberate on the merits of the application in the context of Newport Historic District Standards; a motion shall be made in the affirmative; and a vote shall be taken.

 b) Formal Hearings shall follow established application requirements including submittal time and advertisement.

 c) The Chair shall:

  1) clarify the purpose of the hearing and limitations of the opinion prior to the hearing.

2) direct the hearings.

d) The Vice Chair shall summarize the main points of Conceptual and Full Hearings.

e) The Secretary shall record the main points of Conceptual and Full Hearings.

2. Workshop:

a) The Chair shall open the workshop with a definition of the intent and limitations of a workshop format.

b) Workshops shall follow established application requirements including submittal time and advertisement.

c) The Workshop shall provide:

1) an informal review of the merits of an application;

2) a forum to approach design issues.

d) No *findings of fact* shall be made; all opinions shall be non-binding on the Commission and applicant.

e) Workshops will be held after formal hearings; no stenographer shall be present.

f) Notes will be taken by the Secretary or the Secretary's agent.

INSPECTION COMMITTEE:

1. An Inspection Committee [IC] shall consist of no less than two and no more than four Commission Members

2. IC reports must be submitted to the Zoning Officer no later than noon on the Tuesday following Inspection.

3. Inspection reports shall be mailed to the applicants and will no longer be read into the record at meetings; the IC report will be voted on for adoption as a finding of fact.

4. The IC member designated to pick up the packet of applications prior to inspection shall make a preliminary review of applications to determine completeness. If any information is missing or an application is not clear, the member should attempt to rectify the situation with the help of the Zoning Officer prior to inspection.

5. The IC has the authority to reject an application on grounds that it is incomplete:

a) the IC may allow the application to be heard if the applicant is able to provide missing information prior to the hearing and the nature of that information does not require a second inspection

b) the IC has the authority to reject any application which it feels does not meet published submission criteria. Rejected applications are not complete applications

and, therefore, shall not be subject to the forty-five day action rule. The applicant may reapply at any time.

6. Members who are not members of the IC should make every effort to drive by the applicant's property to familiarize themselves with the application.

7. An IC duty schedule shall be distributed. If a member can not attend the inspection, it is that member's responsibility to find a substitute.

MEETINGS:

1. No official action shall be taken in the absence of a quorum
2. A quorum shall be constituted by a minimum of 6 members
3. Approval shall require a simple majority vote (minimum of 5 votes)
4. The motion shall always be made in the affirmative

MEMBER PARTICIPATION:

In continued applications, if a member is absent from a meeting at which an application is heard but is continued or a conceptual review is conducted, at any subsequent meeting acting on such matters, a member may:

1. not vote or direct questions or comments to the applicant unless the member successfully demonstrates full knowledge of the proceedings to the Chair at the discretion of the Chair
2. in any event, offer comments during the Commission's deliberations.

OFFICER RESPONSIBILITIES:

1. The Chair shall:

   a) conduct meetings and ensure that a *fair hearing* is achieved within the context of the Commission's Mission Statement.

   b) determine eligibility of members to hear an application in cases where members were absent from previous meetings.

   c) act as a liaison between the Commission and other boards such as the RIHPHC.

   d) solicit names and work with prospective members to introduce them to the Commission.

2. The Vice Chair shall:

   a) conduct meetings in the absence of the Chair.

   b) give a short summary of all applications prior to the Commission's deliberation.

3. <u>The Secretary shall</u>:

a) call the roll

b) read the application into the record.

c) keep a record of all resolutions, proceedings, findings of fact, decisions and actions of the Commission.

d) be responsible for getting all documents properly stamped and back to the Zoning Officer.

e) review and correct, as necessary, minutes of the previous meeting prior to the time the minutes are distributed to the Commission.

RECUSAL:

1. A member must recuse him/herself from participating in any action or an application where there is either a conflict of interest or the perception of a conflict of interest. Examples of a conflict of interest include:

a) any financial interest in the outcome

b) an application by a family member, employer, or anyone else with power over the member

c) application by an organization of which the Commission member is an officer or holds some other position of authority

2. A member may recuse him/ herself in any situation in which he or she feels uncomfortable. Members are cautioned against overusing recusal. An example of this is an application by a direct abutter

3. Procedure:

a) a member must fill out a recusal form and submit it to the chair prior to the meeting

b) the reason for the recusal must be read into the record

c) the member shall remove him / herself from the chamber during the hearing

---

TERMINATION OF MEETINGS:

1. Commission meetings will terminate at 11:00 p.m..

2. If there are outstanding or active applications at or near the time of termination, the Commission shall make a *finding of fact* that there is inadequate time to complete the hearings or workshops.

3. A vote shall be taken to continue outstanding applications until the next regularly scheduled meeting.

TERM LIMITATIONS:

1. Standard limitations: A Commission member may serve no more than two consecutive full (three year) terms. Nothing herein shall prohibit the appointment of a member for an additional term beyond that described above provided the individual has been absent from the Commission for at least one full year.

2. City Council intervention: In the event that a member of the Commission has special qualifications and the Commission requires those special qualifications, or for other good reason, the City Council, with five members concurring, may reappoint such member, notwithstanding the fact that such member has already served two consecutive terms.

3. Expiration of term: Upon expiration of a Commission member's term, the City Clerk shall notify the Chair in order that the member may request reappointment.

4. Resignation: A member of the Commission may resign at any time. It shall be incumbent on that member to notify the Commission, Zoning Officer, and City Council of intent to resign as far in advance as possible.

TIMELINESS:

1. The Commission must act within 45 days from the date a completed application is filed unless an extension is mutually agreed upon by the Commission and applicant; failure to act within 45 days constitutes approval of the application.

2. If the Commission makes a *finding of fact* that circumstances of a particular application require further time for study or information than can be obtained within 45 days, the Commission may independently continue the application and, by doing so, shall have 90 days to act on the application.

## H. D. C. MEETING PROCEDURE

### OPENING

Chair — Calls meeting to order

Secretary — Calls the roll

Chair
- Minutes — Are there any corrections; motion to accept / second / all in favor
- Business — May be conducted or moved to end of the meeting

### FORMAL HEARINGS: SUMMARY

Chair — *The following applications were identified by the Inspection Committee and accepted by the Commission for Summary Approval. I'll read the name and address of each application and ask if there are any objectors to the application. If there is an objection, the application will be heard under full review.*

*The application of -----. Are there any objectors?*

*I'll entertain a motion to accept the inspection committee report for each of the applications under summary review as findings of fact / second*

*all in favor say yea; any opposed; the motion carries*

*I'll entertain a motion to approve the applications identified under summary review /* second

*all in favor say yea; any opposed; the motion carries*

Recess? — *Parties with applications approved under summary review are free to leave at this time; you will receive an official letter from the Zoning Office for submittal to the Building Inspector to obtain a construction permit.*

### FORMAL HEARING: FULL REVIEW AND CONCEPTUAL REVIEWS

Chair — *The following applications will be conducted as full hearings: each applicant will be asked to come to the podium when your application is called. Applicants will be sworn in by the stenographer; the secretary will read your application or review for continued applications; following which you will be asked to present your project. A copy of the Inspection Committee report was mailed to each applicant so that you have fore knowledge of Commission concerns. Following your presentation and questioning by the Commission, the hearing will be closed; the Commission will discuss your application; make findings of fact; and vote on the merits of the application.*

# FULL REVIEW PROCEDURE

| | |
|---|---|
| Chair | Calls the applicant<br>Asks if there any recusals for the application and if so asks the Commissioner to state his or her reasons. |
| Stenographer | Swears in applicant |
| Secretary | Reads application |
| Chair | Asks applicant to present application |
| Applicant | Presents while Commission listens and V. Chair takes notes for summary |
| Chair | Asks IC recorder to lead questions to the applicant. |
| H.D.C. | queries applicant |
| Chair | Asks if there are comments from the State or City Officials<br>Asks if there are comments from the floor<br>Asks Vice Chair to summarize application |
| V. Chair | Presents summary |
| Chair | Closes hearing and deliberation begin |
| H.D.C. | 1) Discusses merits of application<br>2) makes *findings of fact*<br>3) Sites standards with findings<br><br><u>During this time, do not be redundant: if a point has been made and you are called upon, simply say I concur with (member's name) or make a new point. Short and simple.</u> |
| Chair | Final comments to applicant<br><br>I'll entertain a motion to approve this application |
| H.D.C. | I.C. Recorder or H.D.C. Member composes a motion to approve with amendments as necessary / the motion must be seconded |
| Chair | There is a motion on the table to approve this application (as amended); is there any discussion?<br><br>Will any Commission Member vote nay? If so, please state your reasons.<br><br>A motion is on the table: all in favor say yea, any opposed?<br><br>The motion is approved or denied. |

# NEWPORT HISTORIC DISTRICT - INSPECTION COMMITTEE FORM

| Application Type | Other Hearings scheduled | Completeness of Application | Recommendations |
|---|---|---|---|
| _____ New | _____ C.R.M.C. | _____ Complete [i] | _____ Summary Review |
| _____ Continued | _____ State Tax credit | _____ Partial Incomplete [ii] | _____ Possible Summary with clarification |
| _____ Conceptual | _____ Federal Tax credit | _____ Incomplete Application [iii] | _____ Full Review |
| _____ Violation | _____ Zoning Board | | _____ Application Rejected |

1. Application: ______________________________

2. Date of Inspection: ____________________ 3. Recorder's initials: ______________

4. Location: ______________________________

______________________________

5. Characterize application:

6. *Findings of fact* relating to the structure and neighborhood:

7. *Findings of fact* relating to the proposed work:

8. Recommendations:

9. Standards:

---

i Your application was accepted as complete; the Inspection Committee has recommended that the application will be heard as listed in the upper right column: Recommendations.

ii Call Zoning Officer for instructions 846-9600; additional materials required for hearing. Do not call H.D.C. Member: it is strictly against H.D.C. Policy.

iii Call Zoning Officer for instructions 846-9600; information provided was insufficient to inspect property so the application will not be heard this month. Do not call H.D.C. Member: it is strictly against H.D.C. Policy.