# EXHIBIT S

Andrew E. Hawes

March 10, 2006

Mr. Andrew Panteleakis
American Capital Corporation
646 Bellevue Avenue
Newport, RI 02840

Dear Mr. Panteleakis:

This letter is written on behalf of Timothy L. Blixseth and Edra Blixseth who I represent relative to the "Agreement of Sale and Purchase" between American Capital Corporation and Timothy Blixseth and Edra Blixseth dated November 23, 2005, "Mirimar," Newport Rhode Island.

Prior to the signing of the "Agreement of Sale and Purchase" American Capital Corporation failed to disclose to Timothy L. Blixseth and Edra Blixseth that the property was located within the Newport Historic District and to provide the Blixseths with a written disclosure stating as required by Title 5 Chapter 5-20.8 (2) (xxiii) that "property located in a historic district may be subject to construction expansion or renovation limitations. Contact the local building inspection official for details."

American Capital Corporation failed to make this disclosure despite its knowledge that
the subject property lies with the Newport Historic District and is subject to the restrictions of the Newport Historic District Commission.

Since the signing of the "Agreement of Sale and Purchase" Timothy L. Blixseth and Edra Blixseth have discovered American Capital's failure to disclose that the property lies within the Newport Historic District and is subject to the Commission rules and regulations.

Pursuant to Title 5 chapter 5-20.8, American Capital Corporation's conduct constitutes a failure to disclose a "materially deficient condition" which exists in the property.

Pursuant to Title 5 chapter 5-20.8-4 Buyer's Rights, Timothy L. Blixseth and Edra Blixseth hereby elect to exercise their rights pursuant to the statute to terminate the "Agreement of Sale and Purchase" between American Capital Corporation and Timothy L. Blixseth and Edra Blixseth dated November 23, 2005, "Mirimar," Newport Rhode Island, and demand that their deposit with the interest be immediately returned to them.

Very truly yours,

Andrew E. Hawes

cc: Guido R. Salvadore
Mortgage Guarantee & Title Co.

PLAINTIFF'S EXHIBIT
04107 JC

0342