**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>v.<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH;**<br>**and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 06-90S** |

**JOINT MOTION OF THE PARTIES TO AMEND THE COURT'S SCHEDULING FOR JURY SELECTION AND THE TRIAL, MEDIATION AND FILING OF PRETRIAL MEMORANDA AND TRIAL PLEADINGS**

The parties hereby request that the Court change the dates for jury selection and trial, the mediation and the date for filing of the pretrial memorandum and trial pleadings until after the Court rules on Blixseths' Motion for Summary Judgment.

In support of this motion, the parties state as follows:

1. The Blixseth's summary judgment motion filed on June 5, 2007 if allowed will be dispositive in this matter. American Capital's response is not due until June 22, 2007. The Blixseths anticipate requesting leave to file and, filing a reply to American Capital's Opposition to the Motion for Summary Judgment.

2. The legal fees for the preparation of the pretrial memorandum and

preparing this matter for trial will be significant for both parties.

3. In the event the Court allows the Blixseth's Motion for Summary Judgment, the parties would request a Court schedule which allows them to avoid incurring the substantial legal fees that both parties will incur in preparing the pretrial memorandum, jury instructions and trial pleadings required by the current court's schedule. Both parties expect the court's decision on summary judgment will narrow the issues for trial and affect the content of the pretrial memorandum. The court's current schedule does not address the Blixseths' summary judgment motion.

4. Currently, the Court schedule is as follows:

   a. June 21, 2007 - filing of Joint Pretrial Memorandum;
   b. June 22, 2007 American Capital response to Blixseths' summary judgment motion due.
   c. June 27, 2007 – Mediation;
   d. July 3, 2007 – filing of voir dire and brief statement of the facts;
   e. July 10 – jury selection and trial on 24-hour notice.

5. Under the current schedule, the parties' Joint Pretrial Memorandum is due prior to American Capital Corporation's response to the Blixseth's summary judgment motion.

6. Both parties will be requesting oral argument for the Motion for Summary Judgment.

7. Following the Court's decision on the summary judgment motion, if a trial is necessary, the Court can set a schedule for the filing of pretrial memorandum, voir dire questions, brief statement of facts, motions in limine, trial briefs, mediation, jury empanelment and trial.

8. Notwithstanding the above, with respect to the jury empanelment set for July 10, 2007, the Blixseths, with the assent of American Capital, request that the Court reschedule that date until sometime after September 5, 2007 as the Blixseths' counsel, Brian P Voke, is responsible for minding his 4 young children every Monday and Tuesday from July 9, 2007 until September 4, 2007 at which time they return to school.

9. American Capital requests an additional 3 weeks to respond to the summary judgment motion as the attorney preparing the response for American Capital will be on vacation.

Respectfully submitted,

TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*
Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail on this 14th day of June, 2007.

*/s/ Brian P. Voke*
Brian P. Voke, Esquire