EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION :
:
v. :C.A. No. 2006-90S
:
TIMOTHY L. BLIXSETH; EDRA BLIXSETH :
and MORTGAGE GUARANTEE & TITLE CO. :

## AFFIDAVIT OF GUIDO SALVADORE

I, Guido Salvadore, under oath depose and say:

1) That I am the attorney for American Capital Corporation.

2) That I, in conjunction with Timothy Blixseth's attorney, Andrew Hawes, prepared the Sale and Purchase Agreement.

3) The Inspection Period provided for in Paragraph 7 of the Agreement for Sale and Purchase expired without the Blixseths giving notice to American Capital Corporation of any objections the Blixseths had arising from the Blixseths' inspection and investigation of the property pursuant to the Sale and Purchase Agreement.

Guido Salvadore
Guido Salvadore

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 9th day of July, 2007.

Lynn Walker
Name of Notary Public
(Please print) Lynn Walker
My Commission expires: 2/14/10