**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| V. | : | C. A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | : | |
| and MORTGAGE GUARANTEE & TITLE CO. | : | |

**AFFIDAVIT OF CHRISTOPHER J. MONTALBANO**

I, Christopher J. Montalbano, under oath depose and say:

1. That I am Vice President and State Manager for Mortgage Guarantee and Title Company.

2. That Mortgage Guarantee and Title Company (the "Company") was engaged by or on behalf of Timothy and Edra Blixseth to examine the title of American Capital Corporation in and to the three (3) parcels of real estate owned by it popularly known as "Miramar" and located at 646 Bellevue Avenue, Newport, Rhode Island and to issue to them a Title Insurance Policy for said real estate.

3. That a closing was held at the office of the Company on January 17, 2006 at which time American Capital Corporation delivered its duly executed deed in favor of the Blixseths' designated Accommodator, R. Mark Johnson, and a duly completed Settlement Statement was signed and delivered by the Accommodator and American Capital Corporation. The only remaining requirement to be fulfilled before the deed could be recorded by the Company and the Title Policy issued was payment of the balance of the Purchase Price.

4. That Mortgage Guarantee and Title Company, during the course of its title examination, discovered a recording of a Zoning Certificate at Book 1047 at Page 64 of the City of Newport Land Evidence Records which stated with respect to said real estate that it "is located in an R-60 Residential District" and that "(t)he

Property is also located within the local Historic District"; however, such recording does not affect the insurability of the title.

Christopher J. Montalbano

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 9th day of June , 2007.

Melissa Castore

Name of Notary Public
(Please print)
My Commission expires:

**Melissa Castore**
**Notary Public**
**My Commission Expires**
**October 18, 2009**