EXHIBIT 4

# UNANIMOUS CONSENT OF TRUSTEES

The undersigned, the duly appointed Trustees of that certain Trust Agreement dated September 10, 1997 created by Andrew Panteleakis, hereby ratify and affirm the execution and delivery by **AMERICAN CAPITAL CORPORATION** of that certain Agreement bearing the caption **AGREEMENT OF SALE AND PURCHASE** entered into by and between **AMERICAN CAPITAL CORPORATION** and **TIMOTHY L. BLIXSETH** and **EDRA BLIXSETH** having an effective date of November 23, 2005 wherein **AMERICAN CAPITAL CORPORATION** agreed to sell its real estate and certain listed tangible personal property to said **TIMOTHY** and **EDRA BLIXSETH** on the terms and conditions set forth in said **AGREEMENT OF SALE AND PURCHASE**; and agree that Andrew Panteleakis as President and/or Nancy Z. Waddell as Vice President be and they hereby are authorized on behalf of **AMERICAN CAPITAL CORPORATION** to take such action and to execute and deliver such documents as may be necessary or appropriate to effectuate the sale of said real estate and tangible personal property pursuant to the provisions of said **AGREEMENT OF SALE AND PURCHASE**.

Karen DelPonte, Trustee [signature]
Karen DelPonte, Trustee

Nancy Z. Waddell [signature]
Nancy Z. Waddell, Trustee

Joan Williams [signature]
Joan Williams, Trustee

DATED: January 11, 2006