EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHOD ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | ; | |
| | ; | |
| v. | ; | CA No 2006-90S |
| | ; | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | ; | |
| and MORTGAGE GUARANTEE & TITLE CO. | ; | |

**AFFIDAVIT OF KAREN DELPONTE**

I, Karen DelPonte, under oath depose and say:

1. That I am an attorney and was personal counsel to Andrew Panteleakis during 2005 and 2006.

2. I was appointed Andrew Panteleakis's Trustee when he ceased to serve as trustee due to his incapacity.

3. Nancy Waddell and Joan Williams were also appointed as cotrustees at the time of my appointment.

4. At the time of the sale of Miramar the trustees were aware of Andrew Panteleakis's incapacity.

5. That all trustees were aware that Andrew Panteleakis had executed a durable power of attorney appointing Nancy Waddell to act on his behalf regarding all his business affairs which included signing his name to the Sale and Purchase Agreement.

6. That all trustees understood and agreed that the durable power of attorney authorized Nancy Waddell to act for Andrew Panteleakis to close the transaction with the Bixseths.

Karen Del Ponte

Karen DelPonte

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this day of July, 2007

Name of Notary Public
(Please print) LISA J. GIACCHI
My Commission expires: 6/27/09

G:\pjl\Estates M-P\Panteleakis k\affkdelponte_WPD.DOC