**EXHIBIT 6**

**VALUATION & ADVISORY SERVICES**

CBRE | New England
CB RICHARD ELLIS

CB Richard Ellis/New England
14th Floor
One Financial Plaza
Providence, RI 02903

December 1, 2006

Mr. Thomas C. Angelone
Hodosh, Spinella, & Angelone PC
One Turks Head Place
Suite 810
Providence, RI 02903

RE: CA N0 NC-06-0062
Miramar
646 Bellevue Avenue, Newport County,
Rhode Island 02840

Dear Mr. Angelone:

At your request and authorization, CB Richard Ellis/New England has prepared an Appraisal Consulting Report presented for the referenced real property for our client American Capital Corporation.

The property under study is one of Newport's grand mansions. Situated on 7.39 acres on Bellevue Avenue, the property has an effective area of 38,599 square feet and contains 9 bedrooms and 18 maids rooms on the third floor. There is an elegant 1st floor which includes an entry hall, salon, north and south loggias, living, dining and reception rooms. This single family house was built in 1913-1914.

On November 23, 2005, the property was placed under purchase and sale agreement at a price of $25,000,000. On the anticipated January 17, 2006 closing date, the purchaser terminated the agreement. The seller filed suit for specific performance and the purchaser filed a counter claim asking for refund of their $1,250,000 deposit. One reason given within the counter claim is that under Rhode Island law, prior to entering into a purchase and sale agreement the seller must disclose in writing that:

> "Property located in a historic district may be subject to construction, expansion or renovation limits. Contact the local building inspection official for details."

Our understanding is that under Rhode Island law a seller must disclose all "deficient conditions." The purchaser claims that non disclosure of the historic district is a material deficient condition and therefore the contract is void.

Rhode Island law provides that a purchaser of property may void the purchase and sale agreement if they discover a "materially deficient condition "that has not been disclosed.

The purpose of this report is to determine what if any effect being located in a historic district has on the subject property. Defendants claim that being in a historic district is a material deficient condition.

The issue is:

> "What effect does being in a historic district have on the subject property and is that designation a material deficient condition?"

By statute, deficient condition means:

> "Any land restriction, defect, malfunction, breakage, or unsound condition existing on, in, or under the real estate of which the seller has knowledge."[1]

However the stature does not define what a material deficient condition is.

By being in a historic district, we believe the property would by definition have to suffer a loss that is recognizable to meet the standard of a deficient condition. Real estate texts refer to this issue as a material fact:

> "**Material Fact**- a fact that is germane to a particular situation; one that participants in the situation such as at a trial, may reasonable be expected to consider."[2]

In this report we have analyzed Newport's historic district laws, interviewed market participants and studied property sales within a neighborhood that is both inside and outside the city's historic district. This neighborhood is known as "The Point." Bellevue Avenue is not in "the Point" area. Like Bellevue Avenue, "the Point" area is a separate section unto itself.

We have studied sales in 2005 and 2006. The sales are all single family residential property. The sales studied have been analyzed on a price per square foot basis to determine any pattern that may be exhibited by the market. The basis for our analysis is:

- If prices/SF in a historic district are below those not in a historic district then a deficiency exists.
- If prices/SF in a historic district are above those not in a historic district, no deficiency would exist.

The results of our study are as follows:

---

[1] Rhode Island General Laws Chapter 5-20.8-1, Real Estate Sales Disclosure.

[2] *Barron's Real Estate Handbook*. Barron's, New York City, NY, p 360.

| SINGLE FAMILY HOUSING | | | |
|---|---|---|---|
| **Property Location** | **# Properties Sold** | **Average Sale Price** | **Average Price/SF** |
| Inside Historic District | 19 | $554,842 | $405.42 |
| Outside Historic District | 14 | $343,630 | $289.96 |
| Source: CBRE/NE | | | |

Overall, we have concluded that not only is there no deficiency being in a historic district but being in a historic district is an enhancement to the property.

It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CB Richard Ellis/New England can be of further service, please contact us.

Respectfully submitted,

CB RICHARD ELLIS, INC.
VALUATION & ADVISORY SERVICES

Webster A. Collins, MAI, CRE
Executive Vice President/Partner
RI Cert. Gen. Appraiser Lic. #A0255G
Phone: 617-912-7025
Fax: 617-912-6901
Email: webster.collins@cbre-ne.com