EXHIBIT 8

**AMERICAN CAPITAL CORPORATION**

**UNANIMOUS CONSENT OF DIRECTORS AND STOCKHOLDERS**
**TO ACTION WITHOUT A MEETING**

The undersigned, being the sole director and sole stockholder of **AMERICAN CAPITAL CORPORATION**, a Rhode Island corporation, hereby consents, pursuant to the provisions of Section 7-1.1-39.1 and Section 7.1.1-30.3 of the General Laws of Rhode Island, 1956, as amended, to the corporation taking the actions described in the following resolutions:

**RESOLVED:** That the corporation be and hereby is authorized to enter into that certain agreement bearing the caption **AGREEMENT OF SALE AND PURCHASE** by and between the corporation and **TIMOTHY L. BLIXSETH** and **EDRA BLIXSETH** as Purchasers having an effective date of November 23, 2005 wherein the corporation agrees to sell its real estate and certain listed tangible personal property to Purchasers on the terms and conditions set forth in said **AGREEMENT OF SALE AND PURCHASE**; and

**FURTHER RESOLVED:** That the execution and delivery of said **AGREEMENT OF SALE AND PURCHASE** by Andrew Panteleakis as President of **AMERICAN CAPITAL CORPORATION** hereby is ratified, approved and affirmed; and

**FURTHER RESOLVED:** That Andrew Panteleakis as President and Nancy Z. Waddell as Vice President be and each of them is hereby authorized on behalf of the corporation to take such action and to execute and deliver such documents as may be necessary or appropriate to effectuate the sale of the corporation's real estate and said tangible personal property pursuant to the provisions of said **AGREEMENT OF SALE AND PURCHASE**.

DATED: January 11, 2006

Andrew Panteleakis, as sole Director
and sole Stockholder

0313