EXHIBIT 9



UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CA NO 06-90S

AMERICAN CAPITAL CORPORATION,

Plaintiff

vs.

TIMOTHY L. BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.,

Defendants

DEPOSITION OF NANCY WADDELL, a witness called on behalf of the Defendants, pursuant to Massachusetts Rules of Civil Procedure, before Susan E. Wilson, Registered Professional Reporter and Notary Public in and for the State of Rhode Island, at the Law Offices of Hodosh, Spinella & Angelone, 1 Turks Head Place, Suite 1050, Providence, Rhode Island, on Wednesday, November 1, 2006, commencing at 10:15 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com



APPEARANCES:

THOMAS ANGELONE, ESQUIRE
Hodosh, Spinella & Angelone
1 Turks Head Place, Suite 1050
Providence, RI 02901-1516
On Behalf of the Plaintiff.

BRIAN VOKE, ESQUIRE
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
617-241-3000/FAX 617-241-5115
On Behalf of the Defendants.

Also Present: Guido Salvadore





INDEX

DEPONENT Nancy Waddell


| | PAGE |
|---|---|
| DIRECT EXAMINATION BY MR. VOKE | 5 |






EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Taking Deposition | 11 |
| 2 | Zoning Certificate | 26 |
| 3 | Subagent Commission Agreement | 34 |
| 4 | Letter Dated August 25, 2005 To Tim Blixseth from Harry Kojoian | 51 |
| 5 | Newport Zoning Board of Review Appeal | 54 |
| 6 | Rhode Island Real Estate Sales Disclosure Form Rhode Island Association of Realtors | 63 |
| 7 | Rhode Island Real Estate Sales Disclosure Form Rhode Island Association of Realtors - Carriage House | 63 |
| 8 | Andolfo Appraisal Associates, Inc. Real Estate Appraisal, 646 Bellevue Avenue, Newport, Rhode Island | 77 |

A. **I did.**
Q. The real estate disclosure forms that are at issue in this lawsuit, did you sign those?
A. **I did.**
Q. Are you employed by American Capital Corporation?
A. **I'm vice president of American Capital Corporation, but I'm employed by Great American Nursing Centers, Inc.**
Q. Who runs Miramar?
A. **Maybe if you can further explain that.**
Q. Yes. Who oversees it?
A. **I do.**
Q. Is there anyone else who is involved in overseeing Miramar?
A. **We have people that are employed by Great American Nursing Centers that I guide and direct.**
Q. What is their involvement with Miramar? What are their names?
A. **My husband, Jeff Waddell, Jeffrey Waddell, Harry Kojoian. Are you interested in knowing the bookkeeper's name as well?**





Q. Anybody else who is involved with overseeing Miramar?
A. **Well, the bookkeeper writes the checks and that would be Jill Anania, A-N-A-N-I-A.**
Q. Anybody else?
A. **No.**
Q. Is Jeffrey Waddell employed by Great American Nursing Centers?
A. **Yes.**
Q. And Harry Kojoian, is he employed by them as well?
A. **Yes.**
Q. Are there any other officers of American Capital Corporation other than yourself?
A. **No.**
Q. You think that Mr. Panteleakis has been ill for about seven years?
A. **Yes. Seven years as of January 2007.**
Q. I understand that he had a stroke?
A. **He did.**
Q. Has he been carrying on any of the business affairs of American Capital Nursing Centers?
A. **No.**





Q. Since that time?
A. **No.**
Q. No?

MR. ANGELONE: It's Great American Nursing Centers. You said Great Capital.

A. **I said Great American, didn't I?**
Q. American Capital.
A. **Great American Nursing Centers, Inc.**

(Notice of Deposition marked as Exhibit No. 1 for identification.)

MR. VOKE: As the first exhibit I'm marking a notice of deposition of American Capital Corporation pursuant to Rule 30(b)(6). And by agreement of counsel, the designations of the various persons who are going to testify on behalf of American Capital Corporation have been initialed next to the subjects set forth in the Schedule A. And G stands for Guido Salvadore, H stands for Harry Kojoian, and N stands for Nancy Waddell. Is that agreed upon?





MR. ANGELONE: That's agreed.

Q. Is it Mrs. Waddell?
A. **Mrs.**
Q. Mrs. Waddell, you oversee the Miramar property, and anyone at American Capital Corporation who has anything to do with that property reports to you, correct?
A. **Correct.**
Q. And you have the power of attorney for Mr. Panteleakis?
A. **Yes.**
Q. So you act through that power of attorney as the president of American Capital Corporation?
A. **I am vice president of American Capital. I am authorized to sign for Mr. Panteleakis in any and all business decisions.**
Q. You make those business decisions with that power of attorney, correct?
A. **Correct.**
Q. Any discussions made by American Capital Corporation are effectively made by you?
A. **Correct. Excuse me. May I speak to Tom?**