EXHIBIT 10

# DURABLE POWER OF ATTORNEY

I, **ANDREW PANTELEAKIS**, the principal, of Newport, Rhode Island hereby designate **NANCY Z. WADDELL**, of Portsmouth, Rhode Island, as my attorney in fact and agent (subsequently called my agent) in my name and for my benefit:

1. **GENERAL GRANT OF POWER.** I grant to my agent full power and authority to do everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my agent shall do or cause to be done by virtue of this power of attorney and the powers herein granted.

(a) **MANAGEMENT POWERS.** To maintain, repair, improve, invest, manage, insure, rent, lease, encumber, and in any manner deal with any real or personal property, tangible or intangible, or any interest therein, that I now own or may hereinafter acquire, in my name and for my benefit, upon such terms and conditions as my agent shall deem proper;

(b) **CHECK SIGNING POWERS.** The Principal has authority to sign checks drawn on the accounts of American Capital Corporation, a Rhode Island corporation, Great American Nursing Centers, Inc., a Delaware corporation, Medical Building Designers, Inc., a Rhode Island corporation, Newport Medical Developers, a Rhode Island corporation, Groton Medical Park Associates, a Rhode Island general partnership, GMPA Trust, a Delaware Trust, Groton Regency Retirement & Nursing Centers, Inc., a Connecticut corporation, QCC Realty Associates, Inc. a Rhode Island corporation, Suffield Land Developers, Inc., a

and Madison Ford Properties, a Virginia corporation (hereinafter collectively referred to as "Andrew's Business Entities").

Principal hereby grants to my agent the right to sign my name on any and all checks drawn on any one or more of all of Andrew's Business Entities; including checks drawn in favor of my agent and/or her corporation, Nancy Waddell, Ltd., and to deliver or cause to be delivered such signed checks to the parties named therein.

(c) **BANKING POWERS.** To make, receive and endorse checks and drafts, deposit and withdraw funds, acquire and redeem certificates of deposit, in banks, savings and loan associations and other institutions, execute or release such deeds of trust or other security agreements as may be necessary or proper in the exercise of the rights and powers herein granted.

(d) **MOTOR VEHICLES.** To apply for a Certificate of Title upon, and endorse and transfer title thereto, for any automobile, truck, pickup, van, motorcycle or other motor vehicle, and to represent in such transfer assignment that the title to said motor vehicle is free and clear of all liens and encumbrances except those specifically set forth in such transfer assignment;

(e) **BUSINESS INTERESTS.** To conduct or participate in any lawful business conducted by Medical Building Designers, Inc., American Capital Corporation, Newport Medical Developers, Inc., Groton Medical Park Associates, Groton Regency Retirement and Nursing Centers, Inc. and Madison Ford Properties, Inc. for me and in my name; carry out the provisions for the sale of the aforesaid businesses or the stock therein or the assets thereof;

(f) **TAX POWERS.** To prepare, sign and file joint or separate income tax returns or declarations of estimated tax for any year or years; to prepare, sign and file gift tax returns with respect to gifts made by me for any year or years; to consent to any gift and to utilize any gift-splitting provisions or other tax election; and to prepare, sign and file any claims for refund of any tax;

(g) **SAFE DEPOSIT BOXES.** To have access at any time or times to safe deposit boxes rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit boxes, in any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power.

(h) **MEDICAL TREATMENT POWERS.** To arrange for and consent to medical, therapeutical and surgical procedures, including administration of drugs.

(i) **MEDICAID.** To collect amounts due to me and to qualify me for various government entitlements such as Medicaid or Supplemental Social Security.

(j) **ATTORNEY CLIENT PRIVILEGE.** To waive client and other similar privileges to facilitate consultations between my agent and my attorney or other advisors.

2. **INTERPRETATION AND GOVERNMENT LAW.** This instrument is to be construed and interpreted as a general durable power of attorney. The enumeration of specific powers herein is not intended to, nor does it, limit or restrict the general powers herein granted to my agent. This instrument is executed and delivered in the State of Rhode Island, and the laws of the State

of Rhode Island shall govern all questions as to the validity of this power and the construction of its provisions.

3. **THIRD-PARTY RELIANCE.** Third parties may rely upon the representations of my agent as to all matters to any power granted to my agent, and no person who may act in reliance upon the representation of my agent or the authority granted to my agent shall incur any liability to me or my estate as a result of permitting my agent to exercise any power.

4. **DISABILITY OF PRINCIPAL.** This Durable Power of Attorney shall not be affected by my subsequent disability except as provided by statute.

**IN WITNESS WHEREOF** I have executed this **GENERAL DURABLE POWER OF ATTORNEY**, and I have directed that photographic copies of this power shall have the same force and effect as an original.

Attested and subscribed in
the presence of the principal
and subsequent to the
principal subscribing same:

Witness Harry Kojoian

**ANDREW PANTELEAKIS**

Dated: 3/27 , 2002