EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CAPITAL CORPORATION, )
Plaintiff, )
vs. ) Case No. 2006-90 S
TIMOTHY L. BLIXSETH; EDRA )
BLIXSETH; and MORTGAGE GUARANTEE )
& TITLE COMPANY, )
Defendants. )
______________________________)

Deposition of: TIMOTHY L. BLIXSETH

Date: March 28, 2007

Reported by: Lori Arias

CSR 9433



Deposition of TIMOTHY L. BLIXSETH, taken on behalf of the Plaintiff, before Lori Arias, a Certified Shorthand Reporter, commencing at the hour of 8:10 a.m., Wednesday, March 28, 2007, at Annenberg Center for Health Sciences at Eisenhower, 39000 Bob Hope Drive, Rancho Mirage, California.

APPEARANCES:

For the Plaintiff:
HODOSH, SPINELLA & ANGELONE, P.C.
BY: THOMAS C. ANGELONE, ESQ.
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
(Appearing via teleconference)

For the Defendants Timothy Blixseth, Edra Blixseth:
CAMPBELL, CAMPBELL, EDWARDS & CONROY
BY: BRIAN P. VOKE, ESQ.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

Also present:
Andrew Hawes



INDEX


Deposition of TIMOTHY L. BLIXSETH
Taken on March 28, 2007

| Examination by: | Page |
|---|---|
| MR. ANGELONE | 4 |

Questions Instructed Not to Answer:

| Page | Line |
|---|---|
| 25 | 3, 9 |
| 26 | 14 |
| 31 | 14 |
| 46 | 10 |
| 86 | 15, 23 |
| 156 | 11 |
| 163 | 20 |
| 189 | 15 |

Exhibits:
(None)




TIMOTHY L. BLIXSETH,
having been first duly sworn by the court reporter,
was examined and testified as follows:

EXAMINATION

BY MR. ANGELONE:

**Q. Mr. Blixseth, my name is Tom Angelone. I represent American Capital in this case, and as you can see, perhaps you are aware, this is called a deposition, and I'm going to be asking you some questions, and the stenographer will take down your answers, so it's important that we not speak over each other.**

**I presume you've had your deposition taken before?**

A. I have.

**Q. I just want to put -- I know that your lawyer has discussed this with you, but I'd like to put on the record that I will be asking you certain questions. If you do not understand a question I ask, just tell me and I'll rephrase it. If I ask a question, and you feel that you need to confer with your lawyer, feel free to tell us that, and we'll interrupt the deposition so that you and he can discuss any issues that you feel are important that you need to discuss**

**Q. Okay. Now, was Miramar intended to be used immediately as a turnkey operation?**

MR. VOKE: Objection.

THE WITNESS: Turnkey could have many -- define turnkey to me, please, sir, your question.

BY MR. ANGELONE:

**Q. Well, let's go to your lawyer's deposition again, because I'm only using terms that he's using.**

**And by the way, you know what a turnkey operation is, don't you?**

MR. VOKE: Objection.

THE WITNESS: Turnkey can mean many things. Turnkey could mean you could spend the night there, and it had towels and sheets. Turnkey could mean that the spa was built, and the extra tennis court was built. It's all one's definition of what turnkey is.

BY MR. ANGELONE:

**Q. Well, let me -- let's refer to Page 13, line 19.**

A. Which document are we in, sir?

**Q. Oh, Page 13 of Mr. Hawes deposition, line 17.**

A. Is that the first day or the second day?

**Q. Page 13 has got to be the first day.**

A. We have to go to another file here.

**Q. Okay. Take your time.**



A. Okay. I believe we're on 13 now.

**Q. All right. You have it open?**

A. Yes, I do.

**Q. I asked this question of your lawyer on line 17, "Would a building such as Miramar be considered a turnkey operation?**

**"Answer: I don't know if it's considered one now, but that was our intent, that we would acquire Miramar in hopes that we can use it as a turnkey operation and use it immediately."**

**Was that the plans for Miramar, in accordance with the representation made to us in this deposition by your lawyer?**

MR. VOKE: Objection.

THE WITNESS: I can't state what his intentions were. All I can say is what my definition of turnkey might have been, or might be.

BY MR. ANGELONE:

**Q. Well, he told us that "our intention," obviously meaning you and he as an entity, "we would acquire Miramar in hopes that we can use it as a turnkey operation and use it immediately." What is he telling me there, then?**

MR. VOKE: Objection.

THE WITNESS: I can't speculate what he's



telling you.

BY MR. ANGELONE:

**Q. Well, did you and he have discussions concerning the use of Miramar immediately as a turnkey operation?**

A. I don't recall any of those discussions occurring.

**Q. So he just didn't -- basically, didn't know what he was talking about when he gave that answer to me; fair statement?**

MR. VOKE: Objection.

THE WITNESS: Not a fair statement.

BY MR. ANGELONE:

**Q. You don't disagree, then, with that statement he made?**

MR. VOKE: Objection.

THE WITNESS: Let me define from my words, as the owner of the company, what turnkey could mean from our perspective.

Turnkey could be anything from everything being done, you have to do no renovation, to 50 percent of where we want to be being done, where you can actually house people, but you wouldn't have a spa done. You wouldn't have another tennis court, or an entry monument. So there is different levels, in my



assessment, of turnkey, from 20 percent turnkey to 100 percent turnkey.

BY MR. ANGELONE:

**Q. You had plans to make external renovations to Miramar. That's a fair statement, isn't it?**

A. That's correct.

**Q. And were those formalized in any fashion?**

A. No.

**Q. Would those be any different or more expansive than what you told us earlier in your deposition today?**

A. They would be along the lines what I testified earlier, and there certainly could be --

**Q. And -- I'm sorry.**

A. There certainly could have developed more than I stated today, when our team that runs these things actually got around the table and started writing down needs and wants of our customers, so I'm not limiting it to just what I said today.

**Q. Okay. And there were no formal plans made for the Miramar building --**

A. That's correct.

**Q. -- prior to the closing; is that right?**

A. That's correct.

**Q. And obviously, in your opinion, any of those plans would have been a problem for you because of the**