UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN CAPITAL CORPORATION | : | |
| | : | |
| v. | : | C.A. No. 2006-90 S |
| | : | |
| TIMOTHY L. BLIXSETH; EDRA BLIXSETH; | : | |
| and MORTGAGE GUARANTEE & TITLE CO. | : | |

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Michael W. Miller*** will be taken before a Notary Public, or before another person authorized to administer oaths, at the law offices of Hodosh, Spinella & Angelone, One Turks Head Place, Suite 810, Providence, Rhode Island, on the **8th day of August, 2007, at 1:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Plaintiff, ***American Capital Corporation***.

You are invited to cross-examine.

**AMERICAN CAPITAL CORPORATION**

By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE** PC
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: July 18, 2007

# CERTIFICATION

I hereby certify that on this 18th day of July, 2007, I caused a copy of the within ***Deposition Notice*** to be electronically transmitted to:

Brian P. Voke, Esq.
bvoke@campbell-trial-lawyers.com
Campbell Campbell Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

and mailed by first class mail, postage prepaid to:

Callaghan Reporting Service
44 Marden Street
Cranston, RI 02910

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.