**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | **C.A. No. 06-90S** |

**THE DEFENDANTS', TIMOTHY L. BLIXSETH AND EDRA BLIXSETH, ASSENTED TO MOTION TO EXTEND THE TIME TO FILE THEIR REPLY TO PLAINTIFF'S, AMERICAN CAPITAL CORPORATION, OBJECTION TO BLIXSETH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, Timothy L. Blixseth and Edra Blixseth, (Blixseths) with the assent of the Plaintiff, American Capital Corporation move this Court to extend the deadline for filing their Reply to Plaintiff's Objection to Blixseth Defendants' Motion for Summary Judgment filed on July 11, 2007. The Blixseths request an additional two weeks within which to file their Reply, up to and including August 6, 2007.

Throughout this litigation the parties have strived to comply with the deadlines imposed on this action. The Blixseths, with the assent of American Capital Corporation, seek a short extension to file their Reply to the Plaintiff's Objection to Blixseth Defendants' Motion for Summary Judgment. This extension will neither prejudice the parties nor will it effect any of the other predetermined deadlines in this action.

For the reasons set forth herein the Blixseths with the assent of the Plaintiff, American Capital Corporation move this Court to extend the deadline to file a Reply to

the Plaintiff's Objection to Blixseth Defendants' Motion for Summary Judgment to August 6, 2007.

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*

Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by mail on July 18, 2007.

*/s/ Brian P. Voke*
Brian P. Voke, Esquire