**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.**<br><br>**Defendants** | **C.A. No. 06-90S** |

**THE DEFENDANTS', TIMOTHY L. BLIXSETH AND EDRA BLIXSETH, ASSENTED TO MOTION TO EXTEND THE TIME TO FILE THEIR REPLY TO PLAINTIFF'S, AMERICAN CAPITAL CORPORATION, OBJECTION TO BLIXSETH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, Timothy L. Blixseth and Edra Blixseth, (Blixseths) with the assent of the Plaintiff, American Capital Corporation move this Court to extend the deadline for filing their Reply to Plaintiff's Objection to Blixseth Defendants' Motion for Summary Judgment filed on July 11, 2007. The Blixseths request an extension up to and including August 10, 2007.

Respectfully submitted,
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*
Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129

Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail on August 3, 2007.

*/s/ Brian P. Voke*
Brian P. Voke, Esquire