**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN CAPITAL CORPORATION,** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **C.A. No. 06-90S** |
| **TIMOTHY L BLIXSETH; EDRA BLIXSETH; and MORTGAGE GUARANTEE & TITLE CO.** | ) | |
| **Defendants** | ) | |

**The Blixseths' Objection to American Capital Corporation's Statement of Undisputed Facts**

5. The Blixseths dispute American Capital Corporation's contention that the Blixseths did not perform any due diligence regarding zoning as Andrew Hawes, their real estate counsel, testified at his deposition that he read the R-60 zoning sent to him by Guido Salvadore prior to the Blixseths signing the agreement for sale and purchase..

(Andrew Hawes deposition 1/ 04/ 07 pages 34-35 attached as Exhibit V. )

Respectfully submitted
TIMOTHY AND EDRA BLIXSETH
By Their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/ Brian P. Voke*__________________

Brian P. Voke, Esquire (RI Bar #: 4953)
One Constitution Plaza
Boston, MA 02129
Phone: 617-241-3042
Fax: 617-241-5115

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic mail on August 10, 2007.

*/s/ Brian P. Voke*__________________

Brian P. Voke, Esquire