UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

American Capital Corporation,
Plaintiff,

v.

Timothy L. Blixseth; Edra Blixseth,
Defendants.

C.A. No. 06-90S

**ORDER**

WILLIAM E. SMITH, United States District Judge.

The parties are ordered to provide the Court with a brief statement, not to exceed five (5) pages, expressing their respective view on the appropriateness of this Court's certifying to the Rhode Island Supreme Court the question of whether failure to disclose the existence of historic district zoning constitutes failure to disclose a "materially deficient condition" under the Rhode Island Real Estate Disclosure Act. R.I. Gen. Laws § 5-20.8-4(b). If a party believes it would be appropriate to certify the above or a related question to the Rhode Island Supreme

Court, that party shall provide this Court with proposed wording for the appropriate question or questions to be certified.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 4/1/08