UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

American Capital Corporation
Plaintiff

V.

Case Number: C.A. NO. 06-90S

Timothy L. and Edra Blixseth
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Timothy L. Blixseth and Edra Blixseth against the Plaintiff, American Capital Corporation pursuant to the Court's Memorandum and Order dated June 10, 2008 granting Defendant's Motion for Summary Judgment.**

**BY ORDER:**

**June 10, 2008**
**Date**

**Deputy Clerk**