CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS
BRIAN P. VOKE
(617) 241-3042
bvoke@campbell-trial-lawyers.com

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

June 25, 2008

The Honorable William E. Smith
United States District Judge
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: American Capital Corporation v. Timothy L. Blixseth and
Mortgage Guarantee & Title Co. CA 2006-90S

Dear Judge Smith:

At the conference yesterday you inquired whether the Blixseths' Motion for Summary Judgment included any of the counterclaims raised by Blixseths. The Motion for Summary Judgment included all of American Capital Corporations (ACC) claims and Count I of the Blixseths' counterclaims against ACC.

Very truly yours,

/s/ *Brian P. Voke*
Brian P. Voke

BPV:jmm