**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

American Capital Corporation

V. C.A. No. 06-090S

Timothy L. and Edra Blixseth

**AMENDED JUDGMENT**

Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment shall enter for the Defendants, Timothy L. Blixseth and Edra Blixseth against the Plaintiff, American Capital Corporation pursuant to the Court's Amended Memorandum and Decision dated August 21, 2008 granting Defendants' Motion for Summary Judgment.

BY ORDER:

August 21, 2008
Date

/s/Concetta Zinni
Deputy Clerk